FILED
CIVIL DIVISION
MAY 28 2025
Superior Court of the
District of Columbia



### Superior Court of the District of Columbia
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Case No. 2025CAB003384

## COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

| | | |
|---|---|---|
| Raven Janes | vs | WTS International, LLC |
| **PLAINTIFF** | | **DEFENDANT** |
| 4902 Dunsmore Ter | | 3200 Tower Oaks BLVD #400 |
| Address (No Post Office Boxes) | | Address (No Post Office Boxes) |
| Upper Marlboro MD 20772 | | Rockville MD 20852 |
| City    State    Zip Code | | City    State    Zip Code |
| 202-817-6918 | | 202-868-5180 |
| Telephone Number | | Telephone Number |
| jrae5273@gmail.com | | dschivek@archamenty.com |
| Email Address (optional) | | Email Address (optional) |

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

Plaintiff was wrongfully terminated based on unsubstantiated allegations made by a colleague. The termination followed without a full, fair, or impartial investigation into the claim. In accordance with the Handbook, the Plaintiff requested reasonable accommodations that were never implemented. Plaintiff is filing suit for slander, Breach of Trust, and discrimination of pregnancy. Plaintiff had a meeting with management on 2/17/2023 and was terminated 2/25/2023.

2. What relief are you requesting from the Court? Include any request for money damages.

I am requesting a hearing to determine the wrongful termination by the defendant. I am seeking compensatory and punitive damages.

3. State any other information, of which the Court should be aware:

See Attached Exhibits

---

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

Raven Jared
**SIGNATURE**

5/28/2025
**DATE**

Subscribed and sworn to before me this ___28th___ day of ___May___ 20 __25__

_____
(Notary Public/Deputy Clerk)

2

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA x2 [X] EEOC | |

**District of Columbia Office of Human Rights**

*State or local Agency, if any*

and EEOC

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Raven Jones** | 202-817-6818 | 12/17/1993 |

Street Address                                        City, State and ZIP Code

**2449 South Street SE, Washington, DC 20020   (jrae5273@gmail.com)**
**C/O: Ulysses Gus Triantis, Esq., Triantis Law, 1800 Sweetbay Drive, Salisbury, MD 21804**
**(ugtlaw@gmail.com) 301-343-5008**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **WTS International, LLC** | 15+ | 202-868-5180 |

Street Address                                        City, State and ZIP Code

**Corporate address: 3200 Tower Oaks BLVD, #400, Rockville, MD 20852**
**Place of business: 1100 Pennsylvania Avenue NW, Washington, DC 20004**

DISCRIMINATION BASED ON (Check appropriate box(es).)

| [ ] RACE | [ ] COLOR | [ ] SEX | [ ] RELIGION | [ ] NATIONAL ORIGIN |
|---|---|---|---|---|
| [X] RETALIATION | [ ] AGE | [X] DISABILITY | | [X] OTHER (Specify below.) *Pregnancy* |

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **2/6/2023**    Latest **02/25/2023**

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**I: Personal Harm:** I, Raven Jones, an African American female, worked for ARCH Amenities, which is a contracting company for the massage therapy spa located in the Waldorf Astoria in Washington, DC. I began employment with ARCH on or about June of 2022. I originally was hired as a massage therapist and later was promoted to lead massage therapist. Days leading up to February 6, 2023, I started experiencing certain symptoms related to being pregnant. On or about February 8, 2023, I found out that I was pregnant. On or about February 9, 2023, I informed my supervisor (Mr. Melvin Carr) that I was pregnant. During that February 9, 2023 meeting, I informed Mr. Carr that I was consistently feeling light-headed, dizzy, and that I was having terrible morning sickness. I worked Fridays, Saturdays and Sundays, from 10am-8pm, Wednesdays and Thursdays, 10am to 6pm and every other Tuesday, 10am-6pm. I explained to Mr. Carr that I was having a difficult time massaging clients on a back to back to back basis as I needed more time to use the bathroom, eat a snack and try to recuperate health-wise between appointments. I told Mr. Carr that I needed an adjustment to my schedule to accommodate my health issues and if I could work up to 6pm everyday, instead of 8pm. There were many other employees working that had this type of schedule and during my time working, my superiors always had flexibility when it came to moving clients to fit employee schedules.  During this conversation, Mr. Carr stated that he would help me out and "blocked out" 6pm and 7pm appointment slots. At this point, I felt that accommodations were going to be made. However, the following day, I went back into work and noticed that the 6pm and 7pm client-massage appointments were now "unblocked". They were still scheduling me for appointments back to back to back without breaks and at the evening times. I continued to work even though it was a struggle for me.

On February 17, 2023, I asked to have a meeting with Mr. Carr and the Director Ms. Jessica. At this meeting I discussed the affects that my pregnancy was having on my health and wanted to know why they weren't helping me out with scheduling.  I loved my job and as far as I know, they appreciated my work. During this meeting we

discussed my other physical conditions/disabilities such as herniated discs and torn ligaments in my left hand and the fact that I still needed to get periodic MRIS' on my head due to a brain tumor I had removed back in 2015. I explained to them the importance of breaks and scheduling for me especially with the pregnancy and my other disabilities. I was upfront with them about possible doctor's visits that would be coming up. I was even up front with my supervisors about being pregnant as I was only 10 weeks pregnant at the time I told them. Typically, women wait approximately 3 months to reveal their pregnancy. At this meeting, I gave up the lead-massage position.

On February 18, 2023 (Saturday), no accommodations for my pregnancy were made and I was suffering health wise. On this day, I massaged many clients and performed my job satisfactorily. During the day, Mr. Carr asked to speak with me in his office. He told me that I needed to massage approximately 6 clients the following day (Sunday February 19, 2022) and I discussed my concerns about breaks and scheduling clients at the 6pm time slot. I couldn't understand why Mr. Carr and Ms. Jessica weren't accommodating me and being flexible with the work schedule. On Sunday February 19, 2023, I texted my supervisor with advanced notice at 4am in the morning and told him that I was ill and to give me till 7am to let him know whether I was well enough to come in. Before I could tell him, he indicated that I take the day off to recover.

I was scheduled to work the following week, February 22, 23, 24, 25, and 26. Ms. Jessica called me on or about February 21, 2023 and asked why I wasn't on the schedule for February 22nd and 23rd. I explained to Ms. Jessica that I was going to be working those days and didn't know who took me off the schedule. She told me to check in with her around the end of day on February 21 to see about work on the 22nd. I spoke to Ms. Jessica at the end of day on the 21st and she told me that I was off the schedule for the 22nd. On February 22, 2023, I called Ms. Jessica to see what my schedule was on the 23rd, and it was explained to me that I wasn't on the schedule again. During the conversation, Ms. Jessica requested that I bring her a doctor's note. After that conversation, I got a medical note and emailed it to Ms. Carr on February 23, 2023. On Friday 24, 2023, I became very ill due to the pregnancy and my doctor ordered that I stay home. I let Ms. Jessica know that I wasn't able to come in.

The Following day, February 25, 2023, I received a phone call that I was terminated.

**II: RESPONDENT'S REASON FOR ADVERSE ACTION:** Respondent terminated me due to my pregnancy and the fact that I requested accommodations to alleviate health issues I was experiencing related to my being pregnant. Instead of trying to accommodate me with necessary breaks and certain scheduling, my employer chose not to deal with my pregnancy and terminate me. Any reason my employer asserts for my termination is/was pretext for disability discrimination and retaliation.

**III: STATEMENT OF DISCRIMINATION: I was discriminated and retaliated against on the basis of my disabilities or perceived disabilities in violation of the Americans with Disabilities Act, as amended ("ADAAA"), the Pregnancy Discrimination Act of 1978, and DC's Pregnant Workers Fairness Act of 2014 and applicable regulations regarding unlawful employment practices.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 3/10/2023 — Raven Jones<br>*Date*   *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>3/10/2023 |

NOTARY PUBLIC
My Commission Exp.
Jun 14 2027
DISTRICT OF COLUMBIA

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Washington Field Office**
131 M Street, NE Fourth Floor, Suite 4NWO2F
Washington, DC 20507
(800) 669-4000
Website www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 02/28/2025

**To:** Raven Jones
2449 South St. SE
Washington, DC 20020

Charge No: 570-2023-01875

EEOC Representative and email:    ROBERT HERSEY
Administrative Support Assistant
robert.hersey@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 570-2023-01875.

On behalf of the Commission,

Digitally Signed By:Mindy E. Weinstein
02/28/2025
Mindy E. Weinstein
Director

**Cc:**
Nicholas Bernard
Arch Amenities Group
3200 TOWER OAKS BLVD STE 400
Rockville, MD 20852

Danielle Schivek
Arch Amenities Group
3200 Tower Oaks Blvd Ste 400
Rockville, MD 20852

Ulysses Triantis
Triantis Law
ugtlaw@gmail.com


Please retain this notice for your records.



**From:** Jessica Rose <Jessica.Rose@waldorfastoria.com>
**Sent:** Saturday, February 25, 2023 10:27 AM
**To:** Valarie Maloff <vmaloff@archamenity.com>
**Subject:** Raven Jones Termination
**Importance:** High

Good morning Valarie,

I just wanted to make you aware that we are moving forward with termination of Raven Jones. Since initially becoming lead, David has never shared any of the feelings with me he stated in the attached documenation. When she first became lead he and Kira both voiced some concerns, in which I stated if you ever have any issues with Raven as lead please bring them to my attention. Since then neither of them had ever brought anything to me or to Melvin.

There was an incident that happened on Saturday evening after I had left for the day that was not brought up to me until I returned on Tuesday morning. I reached out to Melvin to ask about the situation as I heard multiple stories from people that were and also were not here. I told Melvin to please have anyone that witnessed the incident to please write something, so that we can use it as the documentation for her termination. I wanted to have documentation of what happened instead of the hearsay before moving forward with anything. The attached was sent to me yesterday afternoon.

Besides us processing the term in ADP, and attaching the document David provided. Is there anything else needed?

Thank you

1



**JESSICA ROSE**
DIRECTOR OF SPA

1100 Pennsylvania Avenue NW
Washington, District of Columbia 20004

**Tel:** +1 202 868 5080
**Cell:** +1 571 531 7454

waldorfastoriawashingtondc.com
🐦 📷 f @waldorfwashingtondc

This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates shall have no liability arising in connection with this transmission. Copyright 2023 Hilton Proprietary and Confidential.

April 12, 2023

To whom this may concern,

I am contacting you out of desperation. At this point in time I feel I've run out of options and need advice moving forward professionally, if that is even possible. During my employment here at the Waldorf Astoria Spa, I've witnessed and encountered many situations that are surely not only unprofessional but well against Hilton and AAG rules and regulations as well as code of conduct. Allow me to explain.

From the time I received my offer letter, I was assured by Melvin Carr that there was on site parking, the shift hours (not hours of operation) were 10:00am-6:00pm, and that checks/direct deposit were issued bi-weekly. Shortly after I was onboarded I realized none of those things were true and were just used as selling points for me to accept the job offer as the Spa was understaffed in the receptionist department.

Due to me being excited to be apart of the "Waldorf Astoria Spa" team, although  I realized the exaggerations and lies, I accepted the reality at hand and proceeded with employment. Moving forward, I did take a mental note of the character traits I had witnessed. It was clear to me Melvin would use manipulation tactics to get whatever it was that he wanted. After meeting Jessica, I became more optimistic about employment here. However, that didn't last long.

Throughout my employment (since October 6, 2022), I have witnessed Melvin be apart of and do extremely questionable things for the benefit of himself and whoever he favored at the time. This includes but is not limited to lying to guests and upper management, over charging guests and adding additional gratuity onto checks of guests he assumes to be wealthy, stealing retail product and marking it out of inventory for his own personal use, sleeping while on duty (I have a photo), showing revealing and provocative photos to staff which in my opinion is considered sexual harassment, allowing a previous employee to have sexual intercourse in the establishment on one occasion, smoke a vape pen throughout the establishment (in front of security cameras), admit to self medicating for stress which he is known to indulge in drug use, not show up for shifts in Jessica's absence leaving the receptionist on duty (myself or Stephanie) in charge of the spa,  making mental health jokes about employees, allowing drunk employees to complete shifts, bragging about having the power to get a previous employee fired, going off site to have drinks with friends while on duty, use manipulation and intimidation tactics on staff in efforts to receive little to no push back on changes he put in place to accommodate himself.

I was afraid to come forward previously due to the intimidation tactics he would constantly reiterate and use  on my coworkers and myself. However, today was the last straw for me. I refuse to be taunted, spoken to like a child, disrespected, threatened with write ups or less hours and being fired any longer. I will not allow the tactics and manipulation to taint the workplace or be the norm for myself or my coworkers.

There is a blatant display of favoritism amongst the massage therapists and estheticians as well as the guest experience team. There have been times when someone made him upset and he would come to the front and arrange the schedule so that they had less or no appointments.

He has made this experience extremely uncomfortable for the majority of my employment. I am also aware of other employees being uncomfortable as well, whether they will admit it to you or not. After Jessica's departure, he has tried to implement many changes that don't make sense from a business or staffing standpoint, neither do the changes cater to the needs of our guests.

Working with Melvin has become unbearable since Jessica's departure. It's almost as if he has multiple personalities. There is the charming, well mannered, elegant even version he displays in front of AAG and Hilton representatives.  And then there's the greedy, malicious , self-centered version he displays to us as his employees on a day to day basis. Who we get is a mystery daily and often times really just depends on his mood. I've never worked  in an environment as toxic as this.

When I look at Waldorf Astoria Spa, I think luxury, elegance, extraordinary guest experience and lasting impressions. However working here has been very short of any of that as of lately. I do enjoy the company as a whole and would love the opportunity to work with a Spa Director that is experienced and truly for the company and guests. I had plans to develop and grow within the company but it has been made extremely difficult for me to even want to come into work anymore.

In my opinion, an investigation is long overdue. Many of my coworkers have expressed similar concerns throughout my duration of employment. Although I do not want to involve anyone that is not comfortable speaking up, I would just advise you to inquire with the entire Spa team individually. I am confident the results will astonish you.

With that being said, I hope there can be changes implemented immediately for the current employees and future of the Spa.   Please reach out if I may be of any further assistance. Thank you for your time. I look forward to your response.

Kindest regards,
Mahadiah McDowell
mahadiahmcdowell@gmail.com
( c ) 202-391-2141


P.S.
I am open to scheduling a telephone conversation with you to discuss any of these matters. Per his previous intimidation tactics, I would like to remain anonymous.

STATEMENT OF FACTS

**5.** Plaintiff and Defendant were engaged in an employment relationship founded on mutual trust, during which Plaintiff reasonably relied upon Defendant to uphold principles of fairness, equality, and due process in the workplace.

3. On or about February 26, 2023, Plaintiff was wrongfully terminated based on unsubstantiated allegations made by a colleague. This termination followed without a full, fair, or impartial investigation into the claims.

4. Prior to her termination, on February 17, 2023, at approximately 4:46 PM, Plaintiff attended a meeting with her direct supervisor and a director of the Defendant organization. Following this meeting, Plaintiff sent a confirming email containing a transcription of the discussion to ensure mutual understanding and to document the conclusions reached therein.

5. In accordance with medical advice and following the meeting with management, Plaintiff—assisted by the front desk receptionist—adjusted her work schedule to ensure she would not be booked beyond the newly agreed-upon limits. Plaintiff also provided a doctor's note confirming medical orders to reduce her work schedule due to pregnancy-related needs.

6. At all relevant times, Plaintiff took reasonable steps to inform her employer of her pregnancy and formally requested workplace accommodations related to the same. These requests came after Plaintiff voluntarily stepped down from her position as Lead Therapist, a supervisory role, to better address her health and responsibilities.

7. Throughout her employment, Plaintiff consistently performed her duties at a high level, maintaining professional excellence and meeting or exceeding expectations. Plaintiff had a legitimate expectation of being treated fairly and equitably by her employer, consistent with how similarly situated employees were treated.

8. Defendant knowingly and willfully breached the trust inherent in the employment relationship by accessing the scheduling system and removing the blocks placed on Plaintiff's calendar, which had been instituted in accordance with medical advice and with management's prior agreement. Despite these medically supported restrictions, Defendant permitted third parties to schedule Plaintiff beyond the doctor-recommended limits, and members of management directly scheduled Plaintiff themselves in violation of the agreed-upon accommodations.
This breach of trust was further compounded by retaliatory conduct. After Plaintiff raised concerns regarding the unauthorized removal of her schedule blocks and the disregard for her medical restrictions, members of Defendant's management issued threats of termination. Plaintiff was informed that her reduced client load—resulting directly from her pregnancy-related medical accommodations—was causing financial loss to the company.
These retaliatory actions occurred while the reasonable accommodations requested by Plaintiff, as supported by her healthcare provider and consistent with her rights under applicable law, had not yet been implemented. Defendant's conduct demonstrates a disregard for both Plaintiff's medical needs and her rights under the law, and constitutes a knowing violation of the duty of good faith, fair dealing, and non-retaliation.

Subsequently, and continuing thereafter, an employee of Defendant made knowingly false and

defamatory statements about Plaintiff to management. These statements included, but were not limited to, false assertions regarding Plaintiff's character, professionalism, and work ethic. Said statements were a substantial factor leading to Plaintiff's wrongful termination.

4. The defamatory statements were made with actual malice and a reckless disregard for the truth. Defendant's employee either knew the statements were false or acted with a conscious indifference to their veracity. As a direct and proximate result, Plaintiff has suffered substantial harm to her personal and professional reputation, including damage to workplace relationships and diminished standing within her field.

5. These events occurred during a particularly vulnerable period in Plaintiff's life, as she was navigating the early stages of pregnancy while also moving into her first apartment. The resulting stress inflicted upon Plaintiff caused severe emotional distress, including heightened anxiety, financial strain, and mounting debt. This undue hardship materially impacted Plaintiff's well-being throughout the course of her pregnancy.



---

## Raven, Jones v. Arch Amenities Group (EEOC Case No. 570-2023-01875)

---

**Ulysses Triantis <ugtlaw@gmail.com>**
To: "nbernard@archamenity.com" <nbernard@archamenity.com>
Cc: George Triantis <gtriantis@forthepeople.com>

Mon, Nov 13, 2023 at 12:38 PM

Good afternoon Mr. Bernard,

I write this email with the expectation that it is for purposes of settlement only and not to be used at any trial or proceeding whatsoever.

With that said, we are in receipt of your Answer. Take this letter as a demand for $125,000.00. Also note, that this letter shall also serve as formal notice to AAG, its Officers, Directors and members of the Board of Directors, or any related entities with an interest in the Company to preserve all evidence and information that may be relevant to the pending legal claim and lawsuit. Specifically, the Company must make an affirmative effort to preserve all paper documents, videos, recordings and electronically stored information ("ESI") on all devices in your possession or control, regardless of the source of the documents or ESI. "Preserving" the documents and ESI means that they must not be destroyed, deleted or modified. In an abundance of caution, the Company is to undertake these preservation obligations as to all of the above information, sources and devices regardless of whether the Company thinks the information, source or device is relevant - e.g., preserve all text messages on any cell phone or other device within the past year regardless of the sender or recipient and regardless of their content. The Company's failure to comply can result in sanctions being imposed by the Court for spoliation of evidence or potential evidence.

**If AAG maintains our client executed an Arbitration Agreement covering the claims, please send over a copy.**

**We sincerely look forward to a response.**

**Sincerely,**

**Ulysses**

[Quoted text hidden]

 Gmail

Ulysses Triantis <ugtlaw@gmail.com>

---

## Raven, Jones v. Arch Amenities Group (EEOC Case No. 570-2023-01875)

**Nick Bernard** <nbernard@archamenity.com>                                    Tue, Nov 21, 2023 at 11:14 AM
To: Ulysses Triantis <ugtlaw@gmail.com>
Cc: George Triantis <gtriantis@forthepeople.com>, "Danielle J. Schivek" <dschivek@archamenity.com>

Good morning Mr. Triantis,


As explained more fully in our Position Statement, AAG denies all allegations raised in Ms. Jones's claim. The amount of your demand suggests that a resolution is unlikely at this time. As such, AAG will allow the EEOC to examine the claims and discuss following the completion of that process.


In the meantime, AAG will preserve all relevant records and documents. AAG does not allege that Ms. Jones is subject to an arbitration agreement.


Thank you for reaching out, and have a good holiday.


Regards,


 ARCH AMENITIES GROUP

**NICK BERNARD I ASSOCIATE GENERAL COUNSEL**

Pronouns: He/Him

nbernard@archamenity.com

**t:** 202-916-7092 I **m:** 801-755-0098

3200 Tower Oaks Blvd, Suite 400. Rockville, MD 20852

www.archamenity.com

*The information contained in this email is information intended only for the use of the individual or entity named above and may be privileged and confidential pursuant to the attorney-client privilege and/or the attorney work-product doctrine. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, you should immediately contact the sender by reply email or by telephone at 202-916-7092, and delete the original message. Thank you.*


**From:** Ulysses Triantis <ugtlaw@gmail.com>
**Sent:** Monday, November 13, 2023 12:38 PM
**To:** Nick Bernard <nbernard@archamenity.com>
**Cc:** George Triantis <gtriantis@forthepeople.com>
**Subject:** Re: Raven, Jones v. Arch Amenities Group (EEOC Case No. 570-2023-01875)

 Gmail

## Raven, Jones v. Arch Amenities Group (EEOC Case No. 570-2023-01875)

**Ulysses Triantis** <ugtlaw@gmail.com>                                                          Wed, Mar 12, 2025 at 2:05 PM
To: skarp@archamenity.com
Cc: "Danielle J. Schivek" <dschivek@archamenity.com>

Hello Ms. Karp,

My firm, Triantis Law, represents Ms. Raven Jones, who was a former employee of WTS. We filed a discrimination complaint with the EEOC and just received a 90 day right to sue on February 28. A while ago, I made an offer to settle with Mr. Bernard ,who now has a reply email saying to contact you. I am reaching out to see if your client would like to settle this matter without proceeding to trial. We had made a settlement offer of $125,000.00 in late 2023 . If you would like to make a counter and see if we can work something out, please let me know. This is an offer to settle, and any discussions or amounts to settle are for settlement purposes only and not to be used at Trial. The EEOC Case number is 570-2023-01875.

[Quoted text hidden]

# Arch Amenities Group
# Team Member Handbook



**11/02/2022**

# ABOUT THIS HANDBOOK/DISCLAIMER

We prepared this handbook to help team members find the answers to many questions that they may have regarding their employment with Arch Amenities Group. Please take the necessary time to read it.

We do not expect this handbook to answer all questions. Your manager, department leaders and Human Resources also serve as major sources of information.

Neither this handbook nor any other verbal or written communication by a management representative is, nor should it be considered to be, an agreement, contract of employment, express or implied, or a promise of treatment in any particular manner in any given situation, nor does it confer any contractual rights whatsoever. Arch Amenities Group adheres to the policy of employment at will, which permits the Company or the team member to end the employment relationship at any time, for any reason, with or without cause or notice.

No Company representative other than Chief People Officer may modify at-will status and/or provide any special arrangement concerning terms or conditions of employment in an individual case or generally and any such modification must be in a signed writing.

Many matters covered by this handbook, such as benefit plan descriptions, are also described in separate Company documents. These Company documents are always controlling over any statement made in this handbook or by any member of management.

This handbook states only general Company guidelines. The Company may, at any time, in its sole discretion, modify or vary from anything stated in this handbook, with or without notice, except for the rights of the parties to end employment at will, which may only be modified by an express written agreement signed by the team member and Chief People Officer.

This handbook supersedes all prior handbooks.

## Table of Contents

Section 1 - Governing Principles of Employment 8

1-1. Our Mission, Vision & Values 8

1-2. Equal Employment Opportunity 8

1-3. Prevention of Discrimination, Harassment and Retaliation 9

1-4. Pregnancy Accommodation 12

1-5. Drug-Free and Alcohol-Free Workplace 14

1-6. Workplace Violence 15

Section 2 - Operational Policies 17

2-1. Employee Classifications 17

2-2. Working Hours and Schedule 17

2-3. Remote Work/Telecommuting 17

2-4. Timekeeping Procedures 20

2-5. Overtime 20

2-6. Safe Harbor Policy for Exempt Employees 20

2-7. Your Paycheck 21

2-8. Direct Deposit 22

2-9. Salary Advances 22

2-10. Record Retention 22

2-11. Job Postings 22

2-12. Social Security Number Privacy 23

Section 3 - Benefits 25

3-1. Benefits Overview 25

3-2. Paid Holidays 25

3-3. Paid Vacations/Personal Time 26

3-4. Paid Sick Time 27

3-5. Lactation Breaks 28

3-6. Workers' Compensation 28

3-7. Jury Duty 29

3-8. Insurance Programs 29

3-9. Long-Term Disability Benefits 29

3-10. Short-Term Disability Benefits 29

3-11. Employee Assistance Program 30

3-12. Employee Referral Awards 30

3-13. Retirement Plan 30

## Table of Contents

3-14. Voting Leave — 31

**Section 4 - Leaves of Absence** — 32

4-1. Personal Leave — 32

4-2. Bereavement Leave — 32

4-3. Voting Leave — 33

4-4. Witness and Crime Victim Leave — 33

4-5. Military and Family Military Leave — 34

4-6. Family and Medical Leave — 35

4-7. Bone Marrow or Organ Donation Leave — 41

4-8. Domestic Violence, Sexual Assault or Stalking Victims Leave — 42

4-9. Leave for School Related Activities — 43

4-10. Family Military Leave — 43

**Section 5 - General Standards of Conduct** — 45

5-1. Workplace Conduct — 45

5-2. Punctuality and Attendance — 46

5-3. Use of Communications and Computer Systems — 47

5-4. Use of Social Media — 48

5-5. Personal and Company-Provided Portable Communication Devices — 48

5-6. Inspections — 49

5-7. Smoking — 50

5-8. Personal Visits and Telephone Calls — 50

5-9. Solicitation and Distribution — 50

5-10. Bulletin Boards — 50

5-11. Confidential Company Information — 50

5-12. Conflict of Interest and Business Ethics — 51

5-13. Use of Facilities, Equipment and Property, Including Intellectual Property — 51

5-14. Health and Safety — 52

5-15. Hiring Relatives/Employee Relationships — 52

5-16. Employee Dress and Personal Appearance — 53

5-17. Publicity/Statements to the Media — 53

5-18. Operation of Vehicles — 53

5-19. Business Expense Reimbursement — 54

5-20. Lost and Found — 55

5-21. Certifications or Licensure — 55

# Table of Contents

5-22. Asset Protection & Theft                                                          55

5-23. If You Must Leave Us                                                              56

5-24. Exit Interviews                                                                   56

5-25. References                                                                        56

5-26. A Few Closing Words                                                               56

Section 6 - Arizona Addendum                                                            57

6-1. Earned Paid Sick Time                                                              57

6-2. Voting Leave                                                                       59

Section 7 - California Addendum                                                         60

7-1. Working Hours and Schedule                                                         60

7-2. San Francisco Family Friendly Workplace Policy                                     61

7-3. Overtime                                                                           63

7-4. California Sick Leave Policies                                                      63

7-5. Los Angeles Paid Sick Leave (For Employees Also Covered Under The
California Healthy Workplaces, Healthy Families Act)                                     65

7-6. San Diego Earned Sick Leave (For Employees Also Covered Under The
California Healthy Workplaces, Healthy Families Act)                                     67

7-7. San Francisco Paid Sick Leave (Integrated Policy)                                   69

7-8. Lactation Breaks                                                                   71

7-9. Family and Medical Leave                                                            72

7-10. Paid Family Leave Benefits                                                         80

7-11. San Francisco Paid Parental Leave Benefits                                         81

7-12. Time Off for Crime Victims                                                         82

7-13. Literacy Assistance                                                                83

7-14. Pregnancy Disability Leave                                                         83

7-15. Rehabilitation Leave                                                               85

7-16. Time Off For School Related Activities                                             85

7-17. Time Off For Volunteer Firefighters, Reserve Peace Officers & Emergency
Rescue Personnel                                                                         86

Section 8 - Colorado Addendum                                                            87

8-1. Overtime                                                                            87

8-2. Sick and Safe Time                                                                  90

8-3. Voting Leave                                                                        94

Section 9 - District of Columbia Addendum                                                95

9-1. Sick and Safe Time                                                                  95

## Table of Contents

| | |
|---|---|
| 9-2. Voting Leave | 97 |
| 9-3. Paid Family and Medical Leave Benefits | 97 |
| **Section 10 - Illinois Addendum** | 101 |
| 10-1. Chicago/Cook County Earned Sick Leave | 101 |
| **Section 11 - Maryland Addendum** | 104 |
| 11-1. Earned Sick and Safe Leave | 104 |
| 11-2. Family Military Leave | 106 |
| **Section 12 - Massachusetts Addendum** | 107 |
| 12-1. Earned Sick Time | 107 |
| 12-2. Paid Family and Medical Leave Benefits | 110 |
| 12-3. Time Off for School Related Activities | 115 |
| **Section 13 - Minnesota Addendum** | 116 |
| 13-1. Minneapolis Sick and Safe Time | 116 |
| 13-2. Voting Leave | 118 |
| **Section 14 - Nevada Addendum** | 119 |
| 14-1. Voting Leave | 119 |
| 14-2. Time Off for School Related Activities | 119 |
| **Section 15 - New Jersey Addendum** | 120 |
| 15-1. Earned Sick and Safe Leave | 120 |
| 15-2. Family and Medical Leave | 123 |
| 15-3. New Jersey Family Leave Insurance Benefits | 131 |
| **Section 16 - New York Addendum** | 133 |
| 16-1. New York City Supplemental Gender Discrimination | 133 |
| 16-2. Non-Harassment Legal Protections and External Remedies | 134 |
| 16-3. Reproductive Health Decision Making Discrimination | 135 |
| 16-4. New York City Temporary Schedule Change | 136 |
| 16-5. Sick Leave | 138 |
| 16-6. New York City Safe and Sick Leave (Includes The New York Paid Sick Leave Law) | 140 |
| 16-7. New York City Lactation Room | 143 |
| 16-8. State Paid Family Leave | 143 |
| **Section 17 - Pennsylvania Addendum** | 147 |
| 17-1. Philadelphia Notice Regarding Unpaid Wages | 147 |
| 17-2. Philadelphia Paid Sick Time | 147 |
| **Section 18 - Rhode Island Addendum** | 150 |

## Table of Contents

**18-1. Earned Sick and Safe Leave** 150

**18-2. Paid Temporary Caregiver Insurance Benefits and Leave** 152

**18-3. Family Military Leave** 154

**Section 19 - Tennessee Addendum** 155

**19-1. Voting Leave** 155

**Section 20 - Texas Addendum** 156

**20-1. Voting Leave** 156

**Section 21 - Utah Addendum** 157

**21-1. Voting Leave** 157

**Section 22 - Vermont Addendum** 158

**22-1. Vermont Earned Sick Time** 158

**Section 23 - Washington Addendum** 160

**23-1. Paid Sick Leave** 160

**23-2. Seattle Paid Sick and Safe Time (for Employees Also Covered Under Washington Paid Sick Leave)** 162

**23-3. Paid Family and Medical Leave** 165

**23-4. Pregnancy and Childbirth Leave** 169

**23-5. Family Military Leave** 170

**General Handbook Acknowledgment** 171

Team Member Handbook

## Section 1 - Governing Principles of Employment

### 1-1. Our Mission, Vision & Values

Welcome to Arch Amenities Group!

Our mission is to be the ultimate partner for property owners and managers to create and activate spaces, delivering exceptional experiences for their customers through elevated service and innovative programming.

We maximize the potential of people and spaces.

**Our Values**

**Leading:** we lead by maximizing the potential of places where people feel great spending their time and dollars. This goes beyond simply activating a new space; it's fostering long-term success through our outstanding people, platforms and programming.

**Anticipatory:** we anticipate what clients and their customers want and deliver exceptional experiences in response. Preparation and foresight are in our organizational DNA.

**Engaging:** we engage people by maximizing their valuable time with service, consideration, and style.

**Thoughtful:** we are mindful of our clients' business objectives and how they intersect with guests' expectations and satisfaction. Thinking through all the facets of what makes a space and an experience meaningful is what we're all about.

### 1-2. Equal Employment Opportunity

Arch Amenities Group is an Equal Opportunity Employer that does not discriminate on the basis of actual or perceived race, color, creed, religious creed, national origin, ancestry, citizenship status, age, sex or gender (including pregnancy, childbirth, breastfeeding and medical conditions related to pregnancy, childbirth, and breastfeeding), gender identity or expression (including transgender status), sexual orientation, marital status, military service and veteran status, physical or mental disability including HIV and AIDS, medical condition (cancer and genetic characteristics), genetic information, or any other characteristic protected by applicable federal, state or local laws and ordinances. Arch Amenities Group's  management team is dedicated to this policy with respect to recruitment, hiring, placement, promotion, transfer, training, compensation, benefits, team member activities, access to facilities and programs and general treatment during employment.

The Company will endeavor to make a reasonable accommodation of an otherwise qualified applicant or team member related to an individual's:  physical or mental disability; sincerely held religious beliefs and practices; and/or any other reason required by applicable law, unless doing so would impose an undue hardship upon the Company's business operations.

Team Member Handbook

Any applicant or team member who needs an accommodation in order to perform the essential functions of the job should contact the Manager and/or Human Resources to request such an accommodation. The individual should specify what accommodation is needed to perform the job and submit supporting documentation explaining the basis for the requested accommodation, to the extent permitted and in accordance with applicable law. The Company then will review and analyze the request, including engaging in an interactive process with the employee or applicant, to identify if such an accommodation can be made. The Company will evaluate requested accommodations, and as appropriate, identify other possible accommodations, if any. The individual will be notified of The Company's decision regarding the request within a reasonable period. The Company treats all medical information submitted as part of the accommodation process in a confidential manner.

Any team members with questions or concerns about equal employment opportunities in the workplace are encouraged to bring these issues to the attention of the Manager and/or Human Resources. The Company will not allow any form of retaliation against individuals who raise issues of equal employment opportunity. If team members feel they have been subjected to any such retaliation, they should contact the Manager and/or Human Resources. If unable for any reason to contact this person, or if a satisfactory response is not received within five (5) business days after reporting an incident of what may be perceived to be a violation of this policy, team members should contact the next level supervisor.

Note: if your supervisor or next level supervisor is the person toward whom the complaint is directed, you should contact any higher level manager in your reporting chain.

To ensure our workplace is free of artificial barriers, violation of this policy, including any improper retaliatory conduct, will lead to discipline, up to and including discharge. All team members must cooperate with all investigations conducted pursuant to this policy.

## 1-3. Prevention of Discrimination, Harassment and Retaliation

Arch Amenities Group does not tolerate and prohibits discrimination, harassment, abusive conduct, or retaliation of or against job applicants, contractors, interns, volunteers or team members by another team member, supervisor, vendor, customer or third party based on actual or perceived race, color, creed, religion, age, sex or gender (including pregnancy, childbirth and related medical conditions), sexual orientation, gender identity or gender expression (including transgender status), national origin, ancestry, marital status, protected medical condition as defined by state law (including cancer or genetic characteristics), physical or mental disability, military and veteran status, genetic information, or any other characteristic protected by applicable federal, state, or local laws and ordinances. The Company is committed to a workplace free of discrimination, harassment and retaliation.

Our management team is dedicated to ensuring the fulfillment of this policy as it applies to all terms and conditions of employment, including recruitment, hiring, placement, promotion, transfer, training, compensation, benefits, team member activities and general treatment during employment.

**Discrimination Defined**

Discrimination under this policy means treating differently or denying or granting a benefit to an individual because of the individual's protected characteristic.

Team Member Handbook

## Harassment Defined

Harassment is defined in this policy as unwelcome verbal, visual or physical conduct creating an intimidating, an offensive or a hostile work environment that interferes with work performance. Harassment can be verbal (including slurs, jokes, insults, epithets, gestures or teasing), visual (including offensive posters, symbols, cartoons, drawings, computer displays or e-mails) or physical conduct (including physically threatening another, blocking someone's way, etc.) that denigrates or shows hostility or aversion toward an individual because of any protected characteristic. Such conduct violates this policy, even if it is not unlawful. Because it is difficult to define unlawful harassment, team members are expected to behave at all times in a manner consistent with the intended purpose of this policy.

## Sexual Harassment Defined

Sexual harassment can include all of the above actions, as well as other unwelcome conduct, such as unwelcome or unsolicited sexual advances, requests for sexual favors, conversations regarding sexual activities, and other verbal or physical conduct of a sexual nature. Sexual harassment includes unwelcome or unwanted conduct that is either of a sexual nature or directed at an individual because of that individual's sex when:

- submission to that conduct or to those advances or requests is made either explicitly or implicitly a term or condition of an individual's employment;
- submission to or rejection of the conduct or advances or requests by an individual is used as the basis for employment decisions affecting the individual; or
- the conduct or advances or requests have the purpose or effect of unreasonably interfering with an individual's  work performance or creating an intimidating, hostile or offensive working environment.

Examples of conduct that violate this policy include:

1. unwelcome or unwanted sexual advances, flirtations, advances, leering, whistling, touching, pinching, assault and blocking normal movement;
2. requests for sexual favors or demands for sexual favors in exchange for favorable treatment;
3. obscene or vulgar gestures, posters or comments;
4. sexual jokes or comments about a person's body, sexual prowess or sexual deficiencies;
5. propositions or suggestive or insulting comments of a sexual nature;
6. derogatory cartoons, posters and drawings;
7. sexually explicit e-mails, text messages or voicemails;
8. uninvited touching of a sexual nature;
9. unwelcome or unwanted sexually related comments;
10. conversation about one's own or someone else's sex life;
11. conduct or comments consistently targeted at only one gender, even if the content is not sexual; and
12. teasing or other conduct directed toward a person because of the person's gender.

## Abusive Conduct Defined

Abusive conduct is defined under this policy as acts or omissions that would cause a reasonable

Team Member Handbook

person, based on the severity, nature and frequency of the conduct, to believe that the team member was subject to an abusive work environment, which can include but is not limited to:

- repeated verbal abuse in the workplace, including derogatory remarks, insults and epithets;
- verbal, nonverbal or physical conduct of a threatening, abusive, violent, intimidating or humiliating nature in the workplace; or
- the sabotage or undermining of the team member's work performance in the workplace.

Abusive conduct does not include:

- disciplinary procedures in accordance with adopted Company policies;
- routine coaching and counseling, including feedback about and correction of work performance;
- reasonable work assignments, including shift, post and overtime assignments;
- individual differences in styles of personal expression;
- passionate, loud expression with no intent to harm others;
- differences of opinion on work-related concerns; and
- the non-abusive exercise of managerial prerogative.

**Retaliation Defined**

Retaliation means adverse conduct taken because an individual reported an actual or a perceived violation of this policy, opposed practices prohibited by this policy, or participated in the reporting and investigation process described below. "Adverse conduct" includes but is not limited to:

- shunning and avoiding an individual who reports harassment, discrimination or retaliation;
- express or implied threats or intimidation intended to prevent an individual from reporting harassment, discrimination or retaliation; and
- denying employment benefits because an applicant or team member reported harassment, discrimination or retaliation or participated in the reporting and investigation process described below.

**All discrimination, harassment and retaliation is unacceptable in the workplace and in any work-related settings such as business trips and business-related social functions, regardless of whether the conduct is engaged in by a supervisor, a coworker, a client, a customer, a vendor or another third party.**

**Reporting Procedures**

The following steps have been put into place to ensure the work environment is respectful, professional, and free of discrimination, harassment and retaliation. If team members have been subjected to or witnessed conduct which violates this policy, they should immediately report the matter to their Manager. If they are unable for any reason to contact this person, or if they have not received an initial response within five (5) business days after reporting any incident of what they perceive to be harassment, they should contact Human Resources at hr@archamenity.com. If the person toward whom the complaint is directed is one of the individuals indicated above, the team member should contact any higher-level manager in the reporting hierarchy.

Team Member Handbook

Every supervisor who learns of any team member's concern about conduct in violation of this policy, whether in a formal complaint or informally, must immediately report the issues raised to Human Resources at hr@archamenity.com.

## Investigation Procedures

Upon receiving a complaint, the Company will promptly conduct a fair and thorough investigation into the facts and circumstances of any claim of a violation of this policy or the Equal Employment Opportunity policy. To the extent possible, the Company will endeavor to keep the reporting team member's concerns confidential. However, complete confidentiality may not be possible in all circumstances.

During the investigation, the Company generally will interview the complainant and the accused, conduct further interviews as necessary, and review any relevant documents or other information. Upon completion of the investigation, the Company shall determine whether this policy has been violated based on its reasonable evaluation of the information gathered during the investigation. The Company will inform the complainant and the accused of the results of the investigation.

The Company will take corrective measures against any person who it finds to have engaged in conduct in violation of this policy, if the Company determines such measures are necessary. These measures may include, but are not limited to, counseling, suspension or immediate termination. Anyone, regardless of position or title, who the Company determines has engaged in conduct that violates this policy will be subject to discipline up to and including termination.

### Training

All Team members are required to undergo harassment prevention training as required by applicable law.

### Retaliation Prohibited

In addition to being a violation of this policy, harassment, discrimination or retaliation also can be against the law. Team members who engage in conduct that rises to the level of a violation of law can be held personally liable for such conduct.

Remember, the Company cannot remedy claimed discrimination, harassment or retaliation unless team members bring these claims to the attention of management. Team members should not hesitate to report any conduct they believe violates this policy.

## 1-4. Pregnancy Accommodation

Arch Amenities Group team members have the right to be free from discrimination in relation to pregnancy or a condition related to the team member's pregnancy including, but not limited to, lactation or the need to express breast milk for a nursing child, including the right to reasonable accommodations for conditions related to pregnancy.

### Reasonable Accommodations

Arch Amenities Group will provide a reasonable accommodation for the team member's pregnancy

Team Member Handbook

or any condition related to the team member's pregnancy including, but not limited to, lactation or the need to express breast milk for a nursing child if the team member requests such an accommodation. However, the Company may deny such an accommodation if the accommodation would impose an undue hardship on the Company's program, enterprise or business.

Reasonable accommodations may include, but are not limited to:

1. more frequent or longer paid or unpaid breaks;
2. time off to attend to a pregnancy complication or recover from childbirth with or without pay;
3. acquisition or modification of equipment or seating;
4. temporary transfer to a less strenuous or less hazardous position;
5. job restructuring;
6. light duty;
7. private non-bathroom space for expressing breast milk;
8. assistance with manual labor; or
9. a modified work schedule; provided, however, that the Company is not required to discharge or transfer the team member with more seniority or promote the team member who is not able to perform the essential functions of the job with or without a reasonable accommodation.

## Notice and Documentation

Upon receiving a request for an accommodation from the team member or prospective team member capable of performing the essential functions of the position involved, the Company will engage in a timely, good faith and interactive process with the team member or prospective team member to determine an effective, reasonable accommodation to enable the team member or prospective team member to perform the essential functions of the team member's job or the position to which the prospective team member has applied. The Company may require the team member or prospective team member to provide documentation from an appropriate health care or rehabilitation professional about the need for a reasonable accommodation; however, the Company will not require documentation for the following accommodations:

1. more frequent restroom, food or water breaks;
2. seating;
3. limits on lifting more than 20 pounds; and
4. private non-bathroom space for expressing breast milk.

The Company also may require documentation for an extension of the accommodation beyond the originally agreed to accommodation. Any team member who needs to request an accommodation due to pregnancy, childbirth or a related medical condition should contact the Employee's Manager. If the team member requested an accommodation but has not received an initial response within five (5) business days, she should contact Human Resources.

## Enforcement and Retaliation

The Company will not:

1. take adverse action against the team member who requests or uses a reasonable accommodation in terms, conditions or privileges of employment including, but not limited to,

13

Team Member Handbook

failing to reinstate the team member to the original employment status or to an equivalent position with equivalent pay and accumulated seniority, retirement, fringe benefits and other applicable service credits when the need for a reasonable accommodation ceases;

2. deny an employment opportunity to the team member if the denial is based on the need to make a reasonable accommodation to the known conditions related to the team member's pregnancy including, but not limited to, lactation or the need to express breast milk for a nursing child;

3. require the team member affected by pregnancy or a condition related to the pregnancy, including, but not limited to, lactation or the need to express breast milk for a nursing child, to accept an accommodation that the team member chooses not to accept, if that accommodation is unnecessary to enable the team member to perform the essential functions of the job;

4. require the team member to take a leave if another reasonable accommodation may be provided for the known conditions related to the team member's pregnancy, including, but not limited to, lactation or the need to express breast milk for a nursing child, without undue hardship on the Company's program, enterprise or business;

5. refuse to hire a person who is pregnant because of the pregnancy or because of a condition related to the person's pregnancy, including, but not limited to, lactation or the need to express breast milk for a nursing child; provided, however, that the person is capable of performing the essential functions of the position with a reasonable accommodation and that reasonable accommodation would not impose an undue hardship, demonstrated by the Company, on the Company's program, enterprise or business.

If team members have any questions about or would like to request a reasonable accommodation pursuant to this policy, they should contact their manager and/or Human Resources.

## 1-5. Drug-Free and Alcohol-Free Workplace

To help ensure a safe, healthy and productive work environment for our team members and others, to protect Company property, and to ensure efficient operations, Arch Amenities Group has adopted a policy of maintaining a workplace free of drugs and alcohol. This policy applies to all team members and other individuals who perform work for the Company.

The unlawful or unauthorized use, abuse, solicitation, theft, possession, transfer, purchase, sale or distribution of controlled substances (including medical marijuana), drug paraphernalia or alcohol by an individual anywhere on Company premises, while on Company business (whether or not on Company premises) or while representing the Company, is strictly prohibited. Team members and other individuals who work for the Company also are prohibited from reporting to work or working while they are using or under the influence of alcohol or any controlled substances, which may impact the team member's ability to perform their job or otherwise pose safety concerns, except when the use is pursuant to a licensed medical practitioner's instructions and the licensed medical practitioner authorized the team member or individual to report to work. However, this exception does not extend any right to report to work under the influence of medical marijuana or to use medical marijuana as a defense to a positive drug test, to the extent the team member is subject to any drug testing requirement, except as permitted by and in accordance with applicable law. This restriction does not apply to responsible drinking of alcohol at business meetings and related social

Team Member Handbook

outings.

Violation of this policy will result in disciplinary action, up to and including discharge.

The Company maintains a policy of non-discrimination and will endeavor to make reasonable accommodations to assist individuals recovering from substance and alcohol dependencies, and those who have a medical history which reflects treatment for substance abuse conditions. However, team members may not request an accommodation to avoid discipline for a policy violation. We encourage team members to seek assistance before their substance abuse or alcohol misuse renders them unable to perform the essential functions of their jobs, or jeopardizes the health and safety of any Company team member, including themselves.

## 1-6. Workplace Violence

Arch Amenities Group is strongly committed to providing a safe workplace. The purpose of this policy is to minimize the risk of personal injury to team members and damage to Company and personal property.

Arch Amenities Group does not expect team members to become experts in psychology or to physically subdue a threatening or violent individual. Indeed, Arch Amenities Group specifically discourages team members from engaging in any physical confrontation with a violent or potentially violent individual. However, Arch Amenities Group does expect and encourage team members to exercise reasonable judgment in identifying potentially dangerous situations.

Experts in the mental health profession state that prior to engaging in acts of violence, troubled individuals often exhibit one or more of the following behaviors or signs: over-resentment, anger and hostility; extreme agitation; making ominous threats such as bad things will happen to a particular person, or a catastrophic event will occur; sudden and significant decline in work performance; irresponsible, irrational, intimidating, aggressive or otherwise inappropriate behavior; reacting to questions with an antagonistic or overtly negative attitude; discussing weapons and their use, and/or brandishing weapons in the workplace; overreacting or reacting harshly to changes in Company policies and procedures; personality conflicts with co-workers; obsession or preoccupation with a co-worker or supervisor; attempts to sabotage the work or equipment of a co-worker; blaming others for mistakes and circumstances; or demonstrating a propensity to behave and react irrationally.

**Prohibited Conduct**

Threats, threatening language or any other acts of aggression or violence made toward or by any Company team member WILL NOT BE TOLERATED. For purposes of this policy, a threat includes any verbal or physical harassment or abuse, any attempt at intimidating or instilling fear in others, menacing gestures, flashing of weapons, stalking or any other hostile, aggressive, injurious or destructive action undertaken for the purpose of domination or intimidation. To the extent permitted by law, team members and visitors are prohibited from carrying weapons onto Company premises.

**Procedures for Reporting a Threat**

All potentially dangerous situations, including threats by co-workers, should be reported immediately to any member of management with whom the team member feels comfortable. Reports of threats may be maintained confidential to the extent maintaining confidentiality does not impede Arch Amenities Group's ability to investigate and respond to the complaints. All threats will be promptly

Team Member Handbook

investigated. All team members must cooperate with all investigations. No team member will be subjected to retaliation, intimidation or disciplinary action as a result of reporting a threat in good faith under this policy.

If the Company determines, after an appropriate good faith investigation, that someone has violated this policy, the Company will take swift and appropriate corrective action.

If the team member is the recipient of a threat made by an outside party, that team member should follow the steps detailed in this section. It is important for the Company to be aware of any potential danger in its offices. Indeed, the Company wants to take effective measures to protect everyone from the threat of a violent act by team members or by anyone else.

Team Member Handbook

## Section 2 - Operational Policies

### 2-1. Employee Classifications

For purposes of this handbook, all employees fall within one of the classifications below.

**Full-Time Team members** - Team members who regularly work at least 30 hours per week who were not hired on a short-term basis.

**Part-Time Team members** - Team members who regularly work fewer than 30 hours per week who were not hired on a short-term basis.

**Short-Term Team members** - Team members who were hired for a specific short-term project, or on a short-term freelance, per diem or temporary basis. Short-Term Team members generally are not eligible for Company benefits, but are eligible to receive statutory benefits.

Team members who regularly work at least 30 or more hours per week who were not hired on a short-term basis are eligible for health insurance benefits.

In addition to the above classifications, team members are categorized as either "**exempt**" or "**non-exempt**" for purposes of federal and state wage and hour laws. Team members classified as exempt do not receive overtime pay; they generally receive the same weekly salary regardless of hours worked. Such salary may be paid less frequently than weekly. The team member will be informed of these classifications upon hire and informed of any subsequent changes to the classifications.

### 2-2. Working Hours and Schedule

Arch Amenities Group operating hours vary by location.

Team members will be assigned a work schedule and will be expected to begin and end work according to the schedule. To accommodate the needs of the business, at some point Arch Amenities Group may need to change individual work schedules on either a short-term or long-term basis.

Team members will be provided meal and rest periods as required by law. A supervisor will provide further details.

### 2-3. Remote Work/Telecommuting

Arch Amenities Group may allow team members to work remotely if their job duties and work performance are determined to be eligible for remote work. Eligibility will be decided on a case-by-case basis by the Company. Team members also may be required to work remotely during periods of public health emergencies if government orders and mandates recommend such work.

This policy provides general information regarding remote work/telecommuting. Team members who are approved to work remotely should consult their individual agreement for specific details of their remote work/telecommuting arrangement, such as expected work hours, equipment provided, and

Team Member Handbook

other important information.

Any remote work/telecommuting arrangement may be discontinued by the Company at any time and at the discretion of the Company. Team members also may discontinue the arrangement but may not be guaranteed office space at the Company's location.

## At-Will Employment

This policy and any individual agreement addressing this work arrangement do not create a contract of employment and are not intended to be considered or construed as a promise of continued employment. Employment is at will and may be discontinued at any time by the Company or team member without notice, cause, or liability.

## Hours of Work

Team members will work full time from home. Scheduled hours of work will be set by the team members' manager or supervisor. Team members should maintain regular contact with their supervisors and managers.

Nonexempt team members must accurately record all hours worked pursuant to the Company's timekeeping system and take rest and meal breaks as if in the Company's workplace and as required by law. Nonexempt team members may not work beyond scheduled working hours (including working more than 40 hours in a workweek) without prior, written authorization from their manager or supervisor.

## Location

Team members will provide, at their expense, a secure, dedicated work area. Team members are responsible for maintaining the work area in a safe, secure, and nonhazardous condition at all times. Team members will maintain security devices and procedures necessary to prevent use by unauthorized persons, including by preventing the connection of any Company-furnished computer system, network, or database to any computer, network, or database other than a computer, network, or database to which connections are provided or authorized by the Company.

## Duties

Team members are expected to follow all existing Company policies and procedures. The duties, obligations, responsibilities, and conditions of employment with the Company remain unchanged. Team members must stay engaged with work throughout the workday and be fully available during normal business hours. If team members do not successfully perform their job duties remotely, this arrangement will be revoked. Team members are expected to follow existing Company policies with respect to scheduled and unscheduled time off, including the obligation to speak with their manager or supervisor before the scheduled start time in the event of an unscheduled absence, tardy, or early departure.

## Accidents and Injuries

Team members agree to maintain safe conditions in the remote work space and to practice the same safety habits and rules applied on Company premises. If team members incur an injury arising out of the course and scope of the assigned job duties while working in the remote work space, the workers' compensation provisions in place for the state in which the team members are working will apply. Team members must notify their supervisor or manager immediately and complete all

Team Member Handbook

necessary and/or requested documents regarding the reported injury. The Company assumes no responsibility for injuries occurring in the remote work space outside normal working hours or for injuries that occur as a result of a reasonably recognizable unsafe remote work space.

## Equipment

Team members agree to use electronic equipment that has been encrypted and meets all of the Company's security requirements. If the Company provides equipment for home use, team members agree to provide a secure location for Company-owned equipment and will not use, or allow others to use, such equipment for purposes other than Company business. Team members have no expectation of ownership in such equipment, linkages, property, or other items installed or provided by the Company. The Company will bear the expense of removal of any such equipment, linkages, and installations provided by the Company upon the termination of the remote work/telecommuting arrangement but not modification of or repairs to the work location. Team members hereby release the Company from any damage or liability incurred in the installing or removal of the equipment provided by the Company.

## Return of Company Property

All equipment, records, and materials provided by the Company will remain Company property. Team members agree to return Company equipment, records, and materials upon request. All Company equipment will be returned by team members for inspection, repair, or replacement as needed or requested or immediately upon termination of the remote work/telecommuting arrangement. All equipment must be returned within five (5) business days of written notice to the team members.

## Expenses

Upon presentment of receipts and in accordance with the Business Expense Reimbursement policy, the Company will reimburse team members for certain preapproved expenses.

Regular household utility charges, such as electricity, water, phone, Internet service, auto, homeowners' insurance, etc., are not reimbursable unless state law requires reimbursement.

## Confidentiality

Team members agree that they are subject to the Company's policies prohibiting the nonbusiness use or dissemination of the Company's confidential business information. Team members will take all appropriate steps to safeguard the Company's confidential business information, including segregating it from personal papers and documents, not allowing nonteam members to access such information, and keeping such information in locked drawers or file cabinets when not in use. Team members will maintain confidential information, including, but not limited to, information regarding the Company's products or services, processing, marketing and sales, client lists, client e-mail addresses and mailing addresses, client data, orders, memoranda, notes, records, technical data, sketches, designs, plans, drawings, trade secrets, research and development data, experimental work, proposals, new product and/or service developments, project reports, sources of supply and material, operating and cost data, and corporate financial information.

## Contact

If team members have any questions concerning this policy or would like to apply to work remotely, they should contact Human Resources.

Team Member Handbook

## 2-4. Timekeeping Procedures

Team members must record their actual time worked for payroll and benefit purposes. Non-exempt team members must record the time work begins and ends, as well as the beginning and ending time of any departure from work for any non-work-related reason, on forms as prescribed by management.

Altering, falsifying or tampering with time records is prohibited and subjects the team member to discipline, up to and including discharge.

Exempt team members are required to record their daily work attendance and report full days of absence from work for reasons such as leaves of absence, sick leave or personal business.

Non-exempt team members may not start work until their scheduled starting time.

It is the team member's responsibility to sign time records to certify the accuracy of all time recorded. Any errors in the time record should be reported immediately to a supervisor, who will attempt to correct legitimate errors.

## 2-5. Overtime

Like most successful companies, Arch Amenities Group experiences periods of extremely high activity. During these busy periods, additional work is required from all of us. Supervisors are responsible for monitoring business activity and requesting overtime work if it is necessary. Effort will be made to provide team members with adequate advance notice in such situations.

Any non-exempt team member who works overtime will be compensated at the rate of one and one-half times (1.5) their normal hourly wage for all time worked in excess of 40 hours each week, unless otherwise required by law.

Team members may work overtime only with prior management authorization.

For purposes of calculating overtime for non-exempt team members, the workweek begins at 12 a.m. on Sunday and ends 168 hours later at 12 a.m. on the following Sunday.

## 2-6. Safe Harbor Policy for Exempt Employees

It is Arch Amenities Group's policy and practice to accurately compensate team members and to do so in compliance with all applicable state and federal laws. To ensure proper payment and that no improper deductions are made, team members must review pay stubs promptly to identify and report all errors.

Those classified as exempt salaried team members will receive a salary which is intended to compensate them for all hours they may work for Arch Amenities Group. This salary will be established at the time of hire or classification as an exempt team member. While it may be subject to review and modification from time to time, such as during salary review times, the salary will be a predetermined amount that will not be subject to deductions for variations in the quantity or quality of

Team Member Handbook

the work performed.

Under federal and state law, salary is subject to certain deductions. For example, unless state law requires otherwise, salary can be reduced for the following reasons:

- full-day absences for personal reasons;
- full-day absences for sickness or disability if the deduction is made in accordance with a bona fide plan, policy or practice of providing wage replacement benefits for such absences (deductions also may be made for the exempt team member's full-day absences due to sickness or disability before the team member has qualified for the plan, policy or practice or after the team member has exhausted the leave allowance under the plan);
- full-day disciplinary suspensions for infractions of our written policies and procedures;
- Family and Medical Leave Act absences (either full- or partial-day absences);
- to offset amounts received as payment from the court for jury and witness fees or from the military as military pay;
- the first or last week of employment in the event the team member works less than a full week; and
- any full work week in which the team member does not perform any work.

Salary may also be reduced for certain types of deductions such as a portion of health, dental or life insurance premiums; state, federal or local taxes; social security; or voluntary contributions to a 401(k) or pension plan.

In any work week in which the team member performed any work, salary will not be reduced for any of the following reasons:

- partial day absences for personal reasons, sickness or disability;
- an absence because the Company has decided to close a facility on a scheduled work day;
- absences for jury duty, attendance as a witness, or military leave in any week in which the team member performed any work (subject to any offsets as set forth above); and
- any other deductions prohibited by state or federal law.

However, unless state law provides otherwise, deductions may be made to accrued leave for full- or partial-day absences for personal reasons, sickness or disability.

If team members believe they have been subject to any improper deductions, they should immediately report the matter to a supervisor. If the supervisor is unavailable or if the team member believes it would be inappropriate to contact that person (or if the team member has not received a prompt and fully acceptable reply), they should immediately contact Payroll@archamenity.com or any other supervisor in Arch Amenities Group with whom the team member feels comfortable.

## 2-7. Your Paycheck

Team members will be paid semi-monthly for all the time worked during the past pay period. Time worked in the pay period from the 1st to the 15th of the month will be paid by the 22nd of the month. Time worked in the pay period from the 16th to the end of the month (28th, 30th or 31st) will be paid by the 7th of the month.

11/02/2022                                                                                               21

Team Member Handbook

Payroll stubs itemize deductions made from gross earnings. By law, Arch Amenities Group is required to make deductions for Social Security, federal income tax and any other appropriate taxes. These required deductions also may include any court-ordered garnishments. Payroll stubs also will differentiate between regular pay received and overtime pay received.

If there is an error in any team member's pay, the team member should bring the matter to the attention of Payroll@archamenity.com immediately so the Company can resolve the matter quickly and amicably.

Paychecks will be given only to the team member, unless the team member requests that they be mailed or authorizes in writing that another person may accept the check.

## 2-8. Direct Deposit

Arch Amenities Group strongly encourages team members to use direct deposit. Enrollment is available via ADP Self-Service Online.

## 2-9. Salary Advances

Arch Amenities Group does not permit advances on paychecks or against accrued paid time off. Advance pay for vacation must be requested in writing at least one pay-period prior to the vacation period.

## 2-10. Record Retention

Arch Amenities Group acknowledges its responsibility to preserve information relating to litigation, audits and investigations. Failure on the part of team members to follow this policy can result in possible civil and criminal sanctions against the Company and its team members and possible disciplinary action against responsible individuals (up to and including discharge of the team member). Each team member has an obligation to contact the General Counsel to inform them of potential or actual litigation, external audit, investigation or similar proceeding involving the Company that may have an impact on record retention protocols.

## 2-11. Job Postings

Arch Amenities Group is dedicated to assisting team members in managing their careers and reaching their professional goals through promotion and transfer opportunities. This policy outlines the on-line job posting program which is in place for all team members. To be eligible to apply for an open position, team members must meet the following requirements:

- be a current, regular, full-time or part-time team member;
- have been in current position for at least six (6) months;
- maintain a performance rating of satisfactory or above;
- not be on conduct/performance-related probation or warning;
- meet the job qualifications listed on the job posting; and

Team Member Handbook

- provide their current manager with notice prior to applying for the position.

If team members find a position of interest on the job posting website and they meet the eligibility requirements, an on-line job posting application must be completed in order to be considered for the position. Not all positions are guaranteed to be posted. The Company reserves the right to seek applicants solely from outside sources or to post positions internally and externally simultaneously.

For more specific information about the program, please contact the Human Resources Department.

## 2-12. Social Security Number Privacy

It is the policy of Arch Amenities Group to ensure to the extent practicable the confidentiality of team members' Social Security Numbers in accordance with applicable law.

The Company will not intentionally do any of the following acts which result in a prohibited disclosure of team members' Social Security Numbers. Violation of this policy will result in discipline up to and including discharge.

1. Publicly display more than four (4) sequential digits of a Social Security Number
2. Use more than four (4) sequential digits of a Social Security Number as a primary account number or use more than 4 sequential digits of a Social Security Number on any identification badge or card, membership card, permit or license, except where permitted by law.
3. Require team members to use or transmit more than four (4) sequential digits of their Social Security Numbers over the internet or on a computer system or network or to gain access to the internet, computer system or network unless the connection is secure or the transmission is encrypted. Similarly, the Company will not require team members to use or transmit more than four (4) sequential digits of their Social Security Numbers to gain access to the internet or a computer system unless the connection is secure, the transmission is encrypted, or a password or other unique personal identification or authentication device is also required.
4. Include more than four (4) sequential digits of Social Security Numbers on the outside of envelopes or packages or visible internal areas.
5. Include more than four (4) sequential digits of Social Security Numbers in documents or information mailed to individuals, except as permitted by law.

The Company limits access to Social Security Numbers to those team members and outside consultants whose job duties require that they use this information in connection with Company business. The individuals who have access to Social Security Numbers are those who work in the following areas:

Human Resources
Benefits Administration
Computer and Information Technology
Executive Management
Legal Department
Individuals who, though not employed by the Company provide legal, tax, benefits, management or other consulting services for the Company.

Team Member Handbook

The Company will properly dispose of documents containing Social Security Numbers by ensuring that all such materials are shredded or otherwise destroyed prior to discarding such information. Data stored in electronic format will be rendered irretrievable before computers are discarded or destroyed.

Team Member Handbook

## Section 3 - Benefits

### 3-1. Benefits Overview

In addition to good working conditions and competitive pay, it is Arch Amenities Group's policy to provide a combination of supplemental benefits to all eligible team members. In keeping with this goal, each benefit program has been carefully devised. These benefits include time-off benefits, such as vacations and holidays, and insurance and other plan benefits. We are constantly studying and evaluating our benefits programs and policies to better meet present and future requirements. These policies have been developed over the years and continue to be refined to keep up with changing times and needs.

The next few pages contain a brief outline of the benefits programs Arch Amenities Group provides team members and their families. Of course, the information presented here is intended to serve only as guidelines.

The descriptions of the insurance and other plan benefits merely highlight certain aspects of the applicable plans for general information only. The details of those plans are spelled out in the official plan documents, which are available for review upon request from Benefits Manager. Additionally, the provisions of the plans, including eligibility and benefits provisions, are summarized in the summary plan descriptions ("SPDs") for the plans (which may be revised from time to time). In the determination of benefits and all other matters under each plan, the terms of the official plan documents shall govern over the language of any descriptions of the plans, including the SPDs and this handbook.

Further, Arch Amenities Group (including the officers and administrators who are responsible for administering the plans) retains full discretionary authority to interpret the terms of the plans, as well as full discretionary authority with regard to administrative matters arising in connection with the plans and all issues concerning benefit terms, eligibility and entitlement.

While the Company intends to maintain these team member benefits, it reserves the absolute right to modify, amend or terminate these benefits at any time and for any reason.

If team members have any questions regarding benefits, they should contact Benefits Manager.

### 3-2. Paid Holidays

Full-time team members will be paid for the following holidays:

New Year's Day

Martin Luther King, Jr. Day

President's Day

Memorial Day

Juneteenth National Independence Day

Team Member Handbook

Independence Day

Labor Day

Thanksgiving Day

Day after Thanksgiving

Christmas Day

While we recognize these holidays, this policy is not a guarantee of time off on the designated day. Many of our locations are open seven (7) days a week and may require staff to work on holidays. Team members required to work on a holiday are compensated with additional pay (i.e. holiday pay) or alternative time off.

When holidays fall or are celebrated on a regularly scheduled work day, eligible full-time team members may request the day off and will receive one (1) day's pay at their regular straight-time rate.

Eligible team members who are required to work on a holiday will receive a holiday pay rate, equal to time and one-half of their regular straight-time rate, for the actual time they work that day.  The holiday pay rate is not applied to commissions or gratuities earned.

For corporate-based team members, the offices will be closed on the designated holiday.  If a holiday falls on a Saturday, the holiday will be recognized on the preceding Friday; if it falls on a Sunday, it will be recognized on the following Monday.

Exempt team members who are required to work on a recognized holiday should coordinate an alternative day off.

## 3-3. Paid Vacations/Personal Time

We know how hard team members work and recognize the importance of providing time for rest and relaxation. We fully encourage team members to get this rest by taking your vacation and personal time. All eligible full-time team members may request paid time off for vacation or personal reasons, subject to manager approval.  Due to business or staffing needs, requests are not guaranteed to be approved, partially or in whole.

Every effort will be made to grant the team member's vacation preference, consistent with our operating schedule. However, if too many people request the same period of time off, the Company reserves the right to choose who may take vacation during that period. Team members with the longest length of service generally will be given preference. Vacation requests must be submitted to a team member's manager at least two (2) weeks in advance of their requested vacation dates.

### Accrual Policy

Team members classified as full-time, non-exempt are eligible for the accrual policy. Select full-time exempt positions may also be assigned the accrual policy.

During the first five (5) full years of employment, eligible full-time team members accrue up to eighty

Team Member Handbook

(80) hours of vacation/personal time per year (i.e. two (2) weeks target). Vacation/personal time is accrued on a per-hour-worked basis at a rate of 0.038 hours per hour worked.

After five (5) years of employment, eligible full-time team members accrue up to 120 hours of vacation/personal time per year (i.e. three (3) week target). Vacation/personal time is accrued on a per-hour-worked basis at a rate of 0.057 hours per hour worked.

Eligible team members accrue vacation/personal time up to a cap of one and one-half (1.5) times their maximum yearly accrual. At that point, accrual stops until their banked vacation is used. For example, if the maximum vacation accrual for a year is 80 hours, an eligible team member will stop accruing vacation once 120 vacation/personal time hours have been banked.

Vacation may be used in hourly increments.

Accrued, unused vacation is paid out upon separation. Subsequent re-employment will restart the team member's accrual.

Advanced but unaccrued vacation will be deducted from your final paycheck, to the extent permitted by law.

## Unlimited Policy

Team members classified as exempt (excluding Fitness Center Directors required to meet client-defined facility coverage) are eligible for unlimited vacation/personal time off and may request vacation/personal time after 90 days of employment. Positions classified as exempt (i.e. Fitness Center Director), yet accountable to client-specified facility coverage are assigned the Accrual Policy above for paid time off and not eligible for the unlimited policy.

Under this plan, there is no systematic tracking or accruing of personal/vacation time off beyond the approval process described above. The intent of this policy is that the team member will ensure they manage their time off in a manner that prioritizes work responsibilities while balancing personal needs and/or commitments. Team members are expected to complete their productivity, deadlines, customer needs, and all job performance requirements. Failure to meet these requirements may require corrective action.

The paid time off granted under this plan is not considered accrued time nor considered vested wages. Team members are not paid additional wages at the end of employment, regardless of time taken or not, unless otherwise required by law.

## 3-4. Paid Sick Time

Illness is unexpected and can result in unplanned loss of income. When a team member is ill, it is important for them to stay out of the workplace to both recover and to protect the health of others. To help ease the burden of wage loss during illness, all eligible team members may accrue up to 40 hours of paid sick time each calendar year (or maximum required by state, if higher). Sick time is accrued at the rate of one hour for every 30 hours worked, until the maximum time is accrued.

Team Member Handbook

To be eligible to use paid sick time, team members must provide proper notification to management as soon as possible, at least two hours prior to the scheduled shift start. team members must give this notification for each day they are absent unless the absence has been approved in advance. team members may be required to submit, in writing, the reason or reasons for their continued sick leave and the estimated date of return. The Company may also require, at any time, written verification from the team member's doctor.

Team members may carry over up to 40 hours of sick pay into the following calendar year. In recognition of healthy habits and reliable attendance, team members may receive a payout bonus of remaining unused sick time, after 40-hour carryover (or maximum amount required, if larger) each calendar year.

Sick leave pay under this policy is like an income replacement insurance benefit, is not considered accrued time or considered vested wages. Team members will not be paid for unused sick leave at the end of employment unless otherwise required by law.

## 3-5. Lactation Breaks

Arch Amenities Group will provide a reasonable amount of break time to accommodate team members desiring to express breast milk for their infant child, in accordance with and to the extent required by applicable law. The break time, if possible, must run concurrently with rest and meal periods already provided. If the break time cannot run concurrently with rest and meal periods already provided, the break time will be unpaid, subject to applicable law.

The Company will make reasonable efforts to provide team members with the use of a room or location other than a toilet stall to express milk in private. This location may be the team member's private office, if applicable. The Company may not be able to provide additional break time if doing so would seriously disrupt the Company's operations, subject to applicable law. Please consult Benefits Manager with questions regarding this policy.

Team members should advise management if they need break time and an area for this purpose. Team members will not be discriminated against or retaliated against for exercising their rights under this policy.

## 3-6. Workers' Compensation

On-the-job injuries are covered by Arch Amenities Group's Workers' Compensation Insurance Policy, which is provided at no cost. If team members are injured on the job, no matter how slightly, they should report the incident immediately to their supervisor. Failure to follow Company procedures may affect the ability of team members to receive Workers Compensation benefits.

This is solely a monetary benefit and not a leave of absence entitlement. Team members who need to miss work due to a workplace injury must also request a formal leave of absence. See the Leave of Absence sections of this handbook for more information.

Team Member Handbook

## 3-7. Jury Duty

Arch Amenities Group realizes that it is the obligation of all U.S. citizens to serve on a jury when summoned to do so. All team members will be allowed time off to perform such civic service as required by law. Team members are expected, however, to provide proper notice of a request to perform jury duty and verification of their service.

Team members also are expected to keep management informed of the expected length of jury duty service and to report to work for the major portion of the day if excused by the court. If the required absence presents a serious conflict for management, team members may be asked to try to postpone jury duty.

Team members on jury duty leave will be paid for their jury duty service in accordance with state law; however, exempt team members will be paid their full salary for any week in which time is missed due to jury duty if work is performed for the Company during such week.

## 3-8. Insurance Programs

Full-time team members may participate in Arch Amenities Group's insurance programs. Under these plans, eligible team members will receive comprehensive health and other insurance coverage for themselves and their families, as well as other benefits.

Part-time team members may be eligible to participate in some ancillary benefit programs, as defined in the annual benefit plan documents.

Upon becoming eligible to participate in these plans, team members will receive summary plan descriptions (SPDs) describing the benefits in greater detail. Please refer to the SPDs for detailed plan information. Of course, feel free to contact Benefits Manager with any further questions.

## 3-9. Long-Term Disability Benefits

Full-time team members are eligible to participate in the Long-Term Disability plan, subject to all terms and conditions of the agreement between Arch Amenities Group and the insurance carrier.

This is solely a monetary benefit and not a leave of absence. Team members who will be out of work must also request a formal leave of absence. See the Leave of Absence sections of this handbook for more information.

## 3-10. Short-Term Disability Benefits

Arch Amenities Group provides enhanced monetary short-term disability benefits to full-time team members. These enhanced monetary benefits are inclusive of any monetary workers' compensation or statutory short-term disability benefits.

This is not a leave of absence provision. Team members who will be out of work must request a leave of absence. See the Leave of Absence sections of this handbook for more information. Team

Team Member Handbook

members will be required to submit medical certification as requested by Arch Amenities Group. Required medical certification under this policy may differ from the medical certification required for any leave of absence requested.

Where required, Arch Amenities Group also provides statutory short-term disability insurance, including California, New Jersey, New York and Rhode Island.

This is solely a monetary benefit and not a leave of absence. Team members who will be out of work must also request a formal leave of absence. See the Leave of Absence sections of this handbook for more information.

## 3-11. Employee Assistance Program

The Company recognizes that a wide range of problems - such as marital or family distress, alcoholism, and drug abuse - not directly associated with an individual's job function can nonetheless be detrimental to an team member's performance on the job. Consequently, we believe it is in the interest of team members and the Company to provide an effective program to assist team members and their families in resolving problems such as these as the need arises. To this end, the Company provides an Employee Assistance Program (EAP) for team members and their eligible family members. The EAP is designed to provide voluntary, private, confidential, and professional counseling outside the workplace for any type of personal problem. The EAP provides consultation services for referrals to local community treatment sources. All team members are eligible to use this program and are encouraged to do so. Team member visits to the EAP are held in confidence to the maximum possible extent.

Participation in the EAP does not excuse team members from otherwise complying with Company policies or from meeting normal job requirements during or after receiving assistance. Nor will participation in our employee assistance program prevent the Company from taking disciplinary action against any employee for performance problems that occur before, during, or after the employee seeks assistance through the program.

## 3-12. Employee Referral Awards

Arch Amenities Group encourages all team members to refer qualified job applicants for available job openings. Other than managers in the line of authority and all Human Resources personnel, all team members are eligible to receive team member referral awards. When making referrals, instruct the applicant to list the team member's name on their employment application as the referral source. If the referral is hired and completes 3 months of service and the team member is still the team member of the Company, the team member is eligible to receive a monetary award. The reward is currently a gross amount of $100 for regular part-time hires and $300 for regular full-time hires.

## 3-13. Retirement Plan

Eligible team members are able to participate in Arch Amenities Group's retirement plan. Plan participants may make pre-tax contributions to a 401(k) retirement account.

Please refer to the SPD for detailed plan information. Of course, feel free to speak to Benefits

Team Member Handbook

Manager if there are any further questions.

## 3-14. Voting Leave

In the event employees do not have sufficient time outside of working hours to vote in a county-conducted election, employees may take off working time to vote. Sufficient time is considered to be two (2) consecutive hours between working hours and the opening or closing of polls. This time should be taken at the beginning or end of the regular work schedule, whichever allows the most free time for voting and the least time off from work. Employees will be allowed voting leave on Election Day without loss of pay or retaliation. Where possible, supervisors should be notified of the need for leave in advance of Election Day.  Supervisors may specify when leave may be taken.

Team Member Handbook

## Section 4 - Leaves of Absence

### 4-1. Personal Leave

If team members are ineligible for any other Company leave of absence, Arch Amenities Group, under certain circumstances, may grant a personal leave of absence without pay. A written request for a personal leave should be presented to management at least two (2) weeks before the anticipated start of the leave. If the leave is requested for medical reasons and team members are not eligible for leave under the federal Family and Medical Leave Act (FMLA) or any state leave law, medical certification also must be submitted. The request will be considered on the basis of staffing requirements and the reasons for the requested leave, as well as performance and attendance records. Normally, a leave of absence will be granted for a period of up to eight (8) weeks. However a personal leave may be extended if, prior to the end of leave, team members submit a written request for an extension to management and the request is granted. During the leave, team members will not earn vacation, personal days or sick days. We will continue health insurance coverage during the leave if team members submit their share of the monthly premium payments to the Company in a timely manner, subject to the terms of the plan documents.

When the team member anticipates returning to work, he or she should notify management of the expected return date. This notification should be made at least one week before the end of the leave.

Upon completion of the personal leave of absence, the Company will attempt to return team members to their original job or a similar position, subject to prevailing business considerations. Reinstatement, however, is not guaranteed.

Failure to advise management of availability to return to work, failure to return to work when notified or a continued absence from work beyond the time approved by the Company will be considered a voluntary resignation of employment.

Personal leave runs concurrently with any Company-provided Short-Term Disability Leave of Absence.

### 4-2. Bereavement Leave

In the event of the death of an immediate family member (defined as a spouse, domestic/civil union partner, parent, child, sibling, grandparent, parent-in-law, stepchild, sibling-in-law, grandparent-in-law, or any relation residing in the team members's home or any other relation required by applicable law), team members may take up to 3 paid days off. If the team member is required to travel out of state, up to 2 more days of paid leave may be taken. All full-time team members are eligible for this benefit. In administering the policy, the Company may require verification of death.

#### Child Bereavement Leave

Team members who are eligible for leave under the federal Family and Medical Leave Act (FMLA) and who suffer the loss of a child may take up to two (2) weeks of unpaid leave for any or all of the following purposes:

Team Member Handbook

- to attend the funeral or alternative to a funeral;
- to make arrangements necessitated by the death of the team member's child; or
- to grieve the death of the team member's child.

For purposes of this policy, "child" means the team member's son or daughter who is a biological, adopted or foster child, a stepchild, a legal ward or a child of a person standing in loco parentis.

Leave under this policy is only available to team members who have not exhausted their FMLA leave entitlement at the time bereavement leave is requested. In the event of the death of more than one (1) child in a 12-month period, the team member may take up to a total of six (6) weeks of bereavement leave during the 12-month period. Bereavement leave must be completed within 60 days of the date on which the team member received notice of the death of the child.

The team member requesting leave under this policy generally must provide Arch Amenities Group with at least 48 hours' advance notice of the intention to take bereavement leave, unless providing such notice is not reasonable and practicable under the circumstances.

Team members may elect to use available paid time off while taking leave under this policy.

The Company may require reasonable documentation in connection with leave taken under this policy.

Team members will not be subject to adverse action for exercising rights or attempting to exercise rights under this policy, opposing practices that they believe to be in violation of this policy or supporting the exercise of rights of another under this policy.

## 4-3. Voting Leave

In the event team members do not have sufficient time outside of working hours to vote in a statewide election, the team member may take off enough working time to vote. Such time will be paid if required by state law. This time should be taken at the beginning or end of the regular work schedule. Where possible, supervisors should be notified at least two (2) days prior to the voting day.

## 4-4. Witness and Crime Victim Leave

Team members called to serve as an expert witness in a judicial proceeding on behalf of the State will be granted leave with pay. Team members summoned to appear in court as an expert witness, but not on behalf of the State may use available vacation and personal time to cover the period of absence.

Team members who are victims of a violent crime and are subpoenaed or requested by the prosecutor to attend court for the purpose of giving testimony may be granted reasonable time off from work without pay to attend criminal proceedings related to the victim's case. Team members who are a victim's spouse or immediate family member may be granted reasonable time off from work without pay to attend criminal proceedings related to the victim's case.

Team members must give 48 hours' advance notice of the request for time off pursuant to this policy, unless impracticable or an emergency prevents the team member from doing so.

Team Member Handbook

Upon request, the team member must provide verification that supports the team member's reason for being absent from the workplace. All information related to the team member's leave pursuant to this section shall be kept confidential by the Company.

## 4-5. Military and Family Military Leave

If team members are called into active military service or enlist in the uniformed services, they will be eligible to receive an unpaid military leave of absence. To be eligible for military leave, team members must provide management with advance notice of service obligations unless they are prevented from providing such notice by military necessity or it is otherwise impossible or unreasonable to provide such notice. Provided the absence does not exceed applicable statutory limitations, team members will retain reemployment rights and accrue seniority and benefits in accordance with applicable federal and state laws. Team members should ask management for further information about eligibility for Military Leave.

If team members are required to attend yearly Reserves or National Guard duty, they can apply for an unpaid temporary military leave of absence not to exceed the number of days allowed by law (including travel). They should give management as much advance notice of their need for military leave as possible so that Arch Amenities Group can maintain proper coverage while team members are away.

### Family Military Leave

Arch Amenities Group will grant eligible team members up to 30 days of unpaid family military leave if their spouse or child is called to military service with the State or the United States for more than 30 days. Family military leave must be taken during the time federal or state deployment orders are in effect.

To be eligible, the team member must have been employed for at least 12 months and have worked at least 1,250 hours during the 12-month period immediately preceding the request for family military leave. Team members may take family military leave only if they have exhausted all accrued vacation, personal, compensatory and other leave, except sick and disability leave.

The request for leave must be made at least 14 days in advance if the leave will consist of five (5) or more consecutive work days. If the leave will consist of less than five (5) days, the request must be made with as much advance notice as is practicable.

Team members that take family military leave may elect to continue benefits at their own expense during the leave.

Team members that take family military leave will be reinstated to the position they held before commencing leave, or to a position with equivalent seniority, status, team member benefits, pay and other terms and conditions of employment.

Team members must provide certification from the proper military authority to verify their eligibility for the family military leave requested.

Team Member Handbook

## 4-6. Family and Medical Leave

### The Leave Policy

Team members may be entitled to a leave of absence under the Family and Medical Leave Act (FMLA). This policy provides team members information concerning FMLA entitlements and obligations team members may have during such leaves. If team members have any questions concerning FMLA leave, they should contact Benefits Manager.

### I. Eligibility

FMLA leave is available to "eligible team members." To be an "eligible team member," the team member must: 1) have been employed by the Company for at least 12 months (which need not be consecutive); 2) have been employed by the Company for at least 1,250 hours of service during the 12-month period immediately preceding the commencement of the leave; and 3) be employed at a worksite where 50 or more team members are located within 75 miles of the worksite.

Special hours of service eligibility requirements apply to airline flight crew team members.

### II. Entitlements

As described below, the FMLA provides eligible team members with a right to leave, health insurance benefits and, with some limited exceptions, job restoration.

### A. Basic FMLA Leave Entitlement

The FMLA provides eligible team members up to 12 workweeks of unpaid leave for certain family and medical reasons during a 12-month period. The 12-month period is determined based on a rolling 12-month period measured backward from the date the team member uses their FMLA leave. Leave may be taken for any one, or for a combination, of the following reasons:

- To care for the team member's child after birth or placement for adoption or foster care;
- To care for the team member's spouse, son, daughter or parent (but not in-law) who has a **serious health condition**;
- For the team member's own serious health condition (including any period of incapacity due to pregnancy, prenatal medical care or childbirth) that makes the team member unable to perform one or more of the essential functions of the team member's job; and/or
- Because of any **qualifying exigency** arising out of the fact that the team member's spouse, son, daughter or parent is a military member on covered active duty or called to covered active duty status (or has been notified of an impending call or order to covered active duty) in the Reserves component of the Armed Forces for deployment to a foreign country in support of contingency operation or Regular Armed Forces for deployment to a foreign country.

A **serious health condition** is an illness, injury, impairment or physical or mental condition that involves either an overnight stay in a medical care facility, or continuing treatment by a health care provider for a condition that either prevents team members from performing the functions of their job, or prevents the qualified family member from participating in school or other daily activities. Subject to certain conditions, the continuing treatment requirement may be met by a period of incapacity of

Team Member Handbook

more than 3 consecutive calendar days combined with at least two visits to a health care provider or one visit and a regimen of continuing treatment, or incapacity due to pregnancy, or incapacity due to a chronic condition. Other conditions may meet the definition of continuing treatment.

**Qualifying exigencies** may include attending certain military events, arranging for alternative childcare, addressing certain financial and legal arrangements, attending certain counseling sessions, caring for the parents of the military member on covered active duty and attending post-deployment reintegration briefings.

**B. Additional Military Family Leave Entitlement (Injured Servicemember Leave)**

In addition to the basic FMLA leave entitlement discussed above, an eligible team member who is the spouse, son, daughter, parent or next of kin of a **covered servicemember** is entitled to take up to 26 weeks of leave during a single 12-month period to care for the servicemember with a serious injury or illness. Leave to care for a servicemember shall only be available during a single-12 month period and, when combined with other FMLA-qualifying leave, may not exceed 26 weeks during the single 12-month period. The single 12-month period begins on the first day an eligible team member takes leave to care for the injured servicemember.

A "**covered servicemember**" is a current member of the Armed Forces, including a member of the National Guard or Reserves, who is undergoing medical treatment, recuperation or therapy, is otherwise in outpatient status or is on the temporary retired list, for a serious injury or illness. These individuals are referred to in this policy as "current members of the Armed Forces." **Covered servicemembers** also include a veteran who is discharged or released from military services under condition other than dishonorable at any time during the five years preceding the date the eligible team member takes FMLA leave to care for the covered veteran, and who is undergoing medical treatment, recuperation or therapy for a serious injury or illness. These individuals are referred to in this policy as "covered veterans."

The FMLA definitions of a "serious injury or illness" for current Armed Forces members and covered veterans are distinct from the FMLA definition of "serious health condition" applicable to FMLA leave to care for a covered family member.

**C. Intermittent Leave and Reduced Leave Schedules**

FMLA leave usually will be taken for a period of consecutive days, weeks or months. However, team members also are entitled to take FMLA leave intermittently or on a reduced leave schedule when medically necessary due to a serious health condition of the team member or covered family member or the serious injury or illness of a covered servicemember. Qualifying exigency leave also may be taken on an intermittent basis.

**D. No Work While on Leave**

The taking of another job while on family/medical leave or any other authorized leave of absence is grounds for immediate discharge, to the extent permitted by law.

**E. Protection of Group Health Insurance Benefits**

During FMLA leave, eligible team members are entitled to receive group health plan coverage on the same terms and conditions as if they had continued to work.

**F. Restoration of Employment and Benefits**

Team Member Handbook

At the end of FMLA leave, subject to some exceptions including situations where job restoration of "key team members" will cause the Company substantial and grievous economic injury, team members generally have a right to return to the same or equivalent positions with equivalent pay, benefits and other employment terms. The Company will notify team members if they qualify as "key team members," if it intends to deny reinstatement, and of their rights in such instances. Use of FMLA leave will not result in the loss of any employment benefit that accrued prior to the start of an eligible team member's FMLA leave.

## G. Notice of Eligibility for, and Designation of, FMLA Leave

Team members requesting FMLA leave are entitled to receive written notice from the Company telling them whether they are eligible for FMLA leave and, if not eligible, the reasons why they are not eligible. When eligible for FMLA leave, team members are entitled to receive written notice of: 1) their rights and responsibilities in connection with such leave; 2) Company's designation of leave as FMLA-qualifying or non-qualifying, and if not FMLA-qualifying, the reasons why; and 3) the amount of leave, if known, that will be counted against the team member's leave entitlement.

The Company may retroactively designate leave as FMLA leave with appropriate written notice to team members provided the Company's failure to designate leave as FMLA-qualifying at an earlier date did not cause harm or injury to the team member. In all cases where leaves qualify for FMLA protection, the Company and team member can mutually agree that leave be retroactively designated as FMLA leave.

## III. Team member FMLA Leave Obligations

## A. Provide Notice of the Need for Leave

Team members who take FMLA leave must timely notify the Company of their need for FMLA leave. The following describes the content and timing of such team member notices.

## 1. Content of Team member Notice

To trigger FMLA leave protections, team members must inform Benefits Manager of the need for FMLA-qualifying leave and the anticipated timing and duration of the leave, if known. Team members may do this by either requesting FMLA leave specifically, or explaining the reasons for leave so as to allow the Company to determine that the leave is FMLA-qualifying. For example, team members might explain that:

- a medical condition renders them unable to perform the functions of their job;
- they are pregnant or have been hospitalized overnight;
- they or a covered family member are under the continuing care of a health care provider;
- the leave is due to a qualifying exigency caused by a military member being on covered active duty or called to covered active duty status to a foreign country; or
- if the leave is for a family member, that the condition renders the family member unable to perform daily activities or that the family member is a covered servicemember with a serious injury or illness.

Calling in "sick," without providing the reasons for the needed leave, will not be considered sufficient notice for FMLA leave under this policy. Team members must respond to the Company's questions to determine if absences are potentially FMLA-qualifying.

Team Member Handbook

If team members fail to explain the reasons for FMLA leave, the leave may be denied. When team members seek leave due to FMLA-qualifying reasons for which the Company has previously provided FMLA-protected leave, they must specifically reference the qualifying reason for the leave or the need for FMLA leave.

## 2. Timing of Team member Notice

Team members must provide 30 days' advance notice of the need to take FMLA leave when the need is foreseeable. When 30 days' notice is not possible, or the approximate timing of the need for leave is not foreseeable, team members must provide the Company notice of the need for leave as soon as practicable under the facts and circumstances of the particular case. Team members who fail to give 30 days' notice for foreseeable leave without a reasonable excuse for the delay, or otherwise fail to satisfy FMLA notice obligations, may have FMLA leave delayed or denied.

## B. Cooperate in the Scheduling of Planned Medical Treatment (Including Accepting Transfers to Alternative Positions) and Intermittent Leave or Reduced Leave Schedules

When planning medical treatment, team members must consult with the Company and make a reasonable effort to schedule treatment so as not to unduly disrupt the Company's operations, subject to the approval of the team member's health care provider. Team members must consult with the Company prior to the scheduling of treatment to work out a treatment schedule that best suits the needs of both the Company and the team members, subject to the approval of the team member's health care provider . If team members providing notice of the need to take FMLA leave on an intermittent basis for planned medical treatment neglect to fulfill this obligation, the Company may require team members to attempt to make such arrangements, subject to the approval of the team member's health care provider.

When team members take intermittent or reduced work schedule leave for foreseeable planned medical treatment for the team member or a family member, including during a period of recovery from a serious health condition or to care for a covered servicemember, the Company may temporarily transfer team members, during the period that the intermittent or reduced leave schedules are required, to alternative positions with equivalent pay and benefits for which the team members are qualified and which better accommodate recurring periods of leave.

When team members seek intermittent leave or a reduced leave schedule for reasons unrelated to the planning of medical treatment, upon request, team members must advise the Company of the reason why such leave is medically necessary. In such instances, the Company and team member shall attempt to work out a leave schedule that meets the team member's needs without unduly disrupting the Company's operations, subject to the approval of the team member's health care provider.

## C. Submit Medical Certifications Supporting Need for FMLA Leave (Unrelated to Requests for Military Family Leave)

Depending on the nature of FMLA leave sought, team members may be required to submit medical certifications supporting their need for FMLA-qualifying leave. As described below, there generally are three types of FMLA medical certifications: an **initial certification, a recertification** and a **return to work/fitness for duty certification.**

It is the team member's responsibility to provide the Company with timely, complete and sufficient

Team Member Handbook

medical certifications. Whenever the Company requests team members to provide FMLA medical certifications, team members must provide the requested certifications within 15 calendar days after the Company's request, unless it is not practicable to do so despite the team member's diligent, good faith efforts. The Company will inform team members if submitted medical certifications are incomplete or insufficient and provide team members at least seven calendar days to cure deficiencies. The Company will deny FMLA leave to team members who fail to timely cure deficiencies or otherwise fail to timely submit requested medical certifications.

With the team member's permission, the Company (through individuals other than the team member's direct supervisor) may contact the team member's health care provider to authenticate or clarify completed and sufficient medical certifications. If team members choose not to provide the Company with authorization allowing it to clarify or authenticate certifications with health care providers, the Company may deny FMLA leave if certifications are unclear.

Whenever the Company deems it appropriate to do so, it may waive its right to receive timely, complete and/or sufficient FMLA medical certifications.

## 1. Initial Medical Certifications

Team members requesting leave because of their own, or a covered relation's, serious health condition, or to care for a covered servicemember, must supply medical certification supporting the need for such leave from their health care provider or, if applicable, the health care provider of their covered family or service member. If team members provide at least 30 days' notice of medical leave, they should submit the medical certification before leave begins. A new initial medical certification will be required on an annual basis for serious medical conditions lasting beyond a single leave year.

If the Company has reason to doubt initial medical certifications, it may require team members to obtain a second opinion at the Company's expense. If the opinions of the initial and second health care providers differ, the Company may, at its expense, require team members to obtain a third, final and binding certification from a health care provider designated or approved jointly by the Company and the team member.

## 2. Medical Recertifications

Depending on the circumstances and duration of FMLA leave, the Company may require team members to provide recertification of medical conditions giving rise to the need for leave. The Company will notify team members if recertification is required and will give team members at least 15 calendar days to provide medical recertification.

## 3. Return to Work/Fitness for Duty Medical Certifications

Unless notified that providing such certifications is not necessary, team members returning to work from FMLA leaves that were taken because of their own serious health conditions that made them unable to perform their jobs must provide the Company with medical certification confirming they are able to return to work and the team members' ability to perform the essential functions of the team members' position, with or without reasonable accommodation. The Company may delay and/or deny job restoration until team members provide return to work/fitness for duty certifications.

## D. Submit Certifications Supporting Need for Military Family Leave

Upon request, the first time team members seek leave due to qualifying exigencies arising out of the

Team Member Handbook

covered active duty or call to covered active duty status of a military member, the Company may require team members to provide: 1) a copy of the military member's active duty orders or other documentation issued by the military indicating the military member is on covered active duty or call to covered active duty status and the dates of the military member's covered active duty service; and 2) a certification from the team member setting forth information concerning the nature of the qualifying exigency for which leave is requested. Team members shall provide a copy of new active duty orders or other documentation issued by the military for leaves arising out of qualifying exigencies arising out of a different covered active duty or call to covered active duty status of the same or a different military member.

When leave is taken to care for a covered servicemember with a serious injury or illness, the Company may require team members to obtain certifications completed by an authorized health care provider of the covered servicemember. In addition, and in accordance with the FMLA regulations, the Company may request that the certification submitted by team members set forth additional information provided by the team member and/or the covered servicemember confirming entitlement to such leave.

## E. Substitute Paid Leave for Unpaid FMLA Leave

Team members must use any accrued paid time while taking unpaid FMLA leave.

The substitution of paid time for unpaid FMLA leave time does not extend the length of FMLA leave and the paid time will run concurrently with the team member's FMLA entitlement.

Leaves of absence taken in connection with a disability leave plan or workers' compensation injury/illness shall run concurrently with any FMLA leave entitlement. Upon written request, the Company will allow team members to use accrued paid time to supplement any paid disability benefits.

## F. Pay Team member's Share of Health Insurance Premiums

During FMLA leave, team members are entitled to continued group health plan coverage under the same conditions as if they had continued to work. Unless the Company notifies team members of other arrangements, whenever team members are receiving pay from the Company during FMLA leave, the Company will deduct the team member portion of the group health plan premium from the team member's paycheck in the same manner as if the team member was actively working.

If FMLA leave is unpaid, team members must pay their portion of the group health premium through a "pay-as-you-go" method.

The Company's obligation to maintain health care coverage ceases if the team member's premium payment is more than 30 days late. If the team member's payment is more than 15 days late, the Company will send a letter notifying the team member that coverage will be dropped on a specified date unless the co-payment is received before that date. If team members do not return to work within 30 calendar days at the end of the leave period (unless team members cannot return to work because of a serious health condition or other circumstances beyond their control), they will be required to reimburse the Company for the cost of the premiums the Company paid for maintaining coverage during their unpaid FMLA leave.

## IV. Questions and/or Complaints about FMLA Leave

Team Member Handbook

If you have questions regarding this FMLA policy, please contact Benefits Manager. The Company is committed to complying with the FMLA and, whenever necessary, shall interpret and apply this policy in a manner consistent with the FMLA.

The FMLA makes it unlawful for employers to: 1) interfere with, restrain or deny the exercise of any right provided under FMLA; or 2) discharge or discriminate against any person for opposing any practice made unlawful by FMLA or involvement in any proceeding under or relating to FMLA. If team members believe their FMLA rights have been violated, they should contact Benefits Manager immediately. The Company will investigate any FMLA complaints and take prompt and appropriate remedial action to address and/or remedy any FMLA violation. Team members also may file FMLA complaints with the United States Department of Labor or may bring private lawsuits alleging FMLA violations.

## V. Coordination of FMLA Leave with Other Leave Policies

The FMLA does not affect any federal, state or local law prohibiting discrimination, or supersede any State or local law that provides greater family or medical leave rights. For additional information concerning leave entitlements and obligations that might arise when FMLA leave is either not available or exhausted, please consult the Company's other leave policies in this handbook or contact Benefits Manager.

## 4-7. Bone Marrow or Organ Donation Leave

### Bone Marrow Donation Leave

The team member who has been employed for at least 90 days may request a leave of absence for up to five (5) business days in any one-year period to undergo a medical procedure to donate bone marrow. Team members must provide a certification from their physician regarding the purpose and length of each leave requested. The team member must use any accrued vacation time, sick leave or paid time off for this leave, but the use of vacation accrual, sick leave or paid time off does not extend the term of this leave. If accrued vacation, sick leave or paid time off is not available, the time off for such procedure shall be paid, but the paid time off shall not exceed five (5) days. Bone marrow donation leave will not be designated as FMLA (or CFRA) leave time. Team members will receive health benefits for the duration of their Bone Marrow Donation Leave and upon returning from such leave will have a right to return to the same or equivalent positions they held before such leave.

### Organ Donation Leave

Team members who have been employed for at least 90 days may request a paid leave of absence for up to 30 business days in any one-year period to undergo a medical procedure to donate an organ. Team members can request an additional 30 days of unpaid leave in any one-year period for this same purpose. Team members must provide a certification from their physician regarding the purpose and length of each leave requested. The one-year period is measured from the start of the leave.

For an initial request for organ donation leave, the team member must use up to two weeks of accrued vacation, sick leave or paid time off for this leave, but the use of vacation accrual, sick leave

Team Member Handbook

or paid time off does not extend the term of the leave. If accrued vacation, sick leave or paid time off is not available, the time off for such procedure shall be paid however the paid time off shall not exceed 30 days. Organ donation leave will not be designated as FMLA (or CFRA) leave time. Team members upon returning from such leave will have a right to return to the same or equivalent positions they held before such leave. Absences due to organ donation leave do not count as a break in service for the purpose of the team member's right to salary adjustments, sick leave, vacation and paid time off or seniority.

## 4-8. Domestic Violence, Sexual Assault or Stalking Victims Leave

Team members who are victims of domestic violence, sexual assault or stalking or who have a family or household member who is a victim of domestic violence, sexual assault or stalking, may take up to eight (8) workweeks of unpaid leave in a 12-month period. For purposes of this policy, "family or household members" include spouses or persons who have been spouses, persons living as spouses or who lived as spouses, parents and children, other persons related by consanguinity or affinity, current or former sexual or intimate partners, persons who share biological parenthood or "Life Partners".

Leave under this policy may be taken to:

1. seek medical attention for, or recovering from, physical or psychological injuries caused by domestic violence, sexual assault or stalking to the team member or the team member's family or household member;
2. obtain services from a victim services organization for the team member or the team member's family or household member;
3. obtain psychological or other counseling for the team member or the team member's family or household member;
4. participate in safety planning, temporarily or permanently relocating or taking other actions to increase the safety of the team member or the team member's family or household member from future domestic violence, sexual assault or stalking or to ensure economic security; or
5. seek legal assistance or remedies to ensure the health and safety of the team member or the team member's family or household member, including preparing for or participating in any civil or criminal legal proceeding related to or derived from domestic violence, sexual assault or stalking.

Leave may be taken intermittently or on a reduced work schedule.

Team members must provide at least 48 hours' advance notice of their intention to take leave under this policy, unless providing such notice is not practicable. The Company may require certification verifying that the team member or their family or household member is a victim of domestic violence, sexual assault or stalking and the leave is a qualifying purpose. Team members can satisfy the certification requirement by providing a sworn statement and any of the following:

- documentation from the team member, agent or volunteer of a victim services organization, an attorney, a member of the clergy or a medical or other professional from whom the team member or the team member's family or household member has sought assistance in addressing domestic violence, sexual assault or stalking or the effects of the violence;

Team Member Handbook

- a police or court record; or
- other corroborating evidence.

Team members who fail to provide this certification within 45 days of the Company's request may be subject to disciplinary action.

Any information provided by the team member pursuant to this policy will be kept confidential unless disclosure is requested or consented to in writing by the team member or otherwise required by applicable federal, state or local law.

During an approved leave, the Company will maintain the team member's health benefits as if the team member continued to be actively employed. However, if the team member fails to return from leave after the leave entitlement has expired, and the reason for the failure to return is unrelated to the continuation, recurrence or onset of domestic violence, sexual assault or stalking, the Company may recover from the team member the premium it paid to maintain the team member's coverage during the period of leave.

Team members may substitute any accrued paid time off for the unpaid leave provided under this policy, but substitution does not extend the length of the leave. Leave under this policy will run concurrently with leave under applicable federal, state, or local laws to the maximum extent permitted under such applicable law.

Team members who take leave under this policy will be returned to the position they held at the time when the leave commenced, or to a position with equivalent benefits, pay and other terms and conditions of employment.

Team members with questions or concerns regarding this policy can contact Benefits Manager.

## 4-9. Leave for School Related Activities

Arch Amenities Group will grant team members who are parents, guardians, aunts, uncles, grandparents or step-parents of school-age children up to 24 hours of unpaid leave during any 12-month period to attend or participate in a school-related event in which the team member's child is a participant or a subject. When possible, 10 days' advance notice is required. Team members may use accrued paid time off for this purpose. Leave may be denied if it would unduly disrupt the Company's business.

## 4-10. Family Military Leave

**Family Military Leave (employers with 50 or more employees)**

Eligible employees may take up to ten (10) days (or 80 hours, if less) of unpaid leave when a spouse, child, or person the employee has or had legal custody of is a member of the uniformed services and is called into active duty for a period longer than 30 days, or is injured, wounded, or hospitalized while serving on active duty. The uniformed services includes: the U.S. armed forces; the Ohio organized militia when engaged in full-time national guard duty; the commissioned corps of the public health service; and any other category of persons designated by the U.S. President in time of war or emergency. Leave must occur no more than 2 weeks before or 1 week after the

Team Member Handbook

deployment date.

To be eligible, the employee must have worked for the employer at least 12 consecutive months, and must have worked at least 1,250 hours in the 12 months immediately preceding commencement of the leave.

An employee may take unpaid leave under this section if he/she has exhausted all accrued vacation and other leave (except sick leave and disability leave). Benefits will continue during this time, and the employee will remain responsible for paying their portion of the cost of benefits.

14 days' notice must be provided by the employee of his or her intention to take leave if the leave is taken because of a call to active duty, or at least 2 days prior to taking leave if due to an injury, wound, or hospitalization. However, if the employee receives notice from a uniformed services representative that the injury, wound, or hospitalization is critical or life-threatening, leave may be taken without providing notice. Employees may be required to provide the Company with certification from the proper military authority to verify the employee's eligibility for family military leave.

Upon expiration of the leave, an employee will generally be reinstated to his or her position or, if not available, an equivalent position with equivalent employment benefits, pay and other terms and conditions of employment. The Company strictly prohibits any form of discrimination or retaliation for exercising rights set forth in this policy.

Team Member Handbook

## Section 5 - General Standards of Conduct

### 5-1. Workplace Conduct

Arch Amenities Group endeavors to maintain a positive work environment. Each team member plays a role in fostering this environment. Accordingly, we all must abide by certain rules of conduct, based on honesty, common sense and fair play.

Because everyone may not have the same idea about proper workplace conduct, it is helpful to adopt and enforce rules all can follow. Unacceptable conduct may subject the offender to disciplinary action, up to and including discharge, in the Company's sole discretion. The following are examples of some, but not all, conduct which can be considered unacceptable:

1. Obtaining employment on the basis of false or misleading information.
2. Stealing, removing or defacing Arch Amenities Group property or a co-worker's property, and/or disclosure of confidential information.
3. Completing another team member's time records.
4. Violation of safety rules and policies.
5. Violation of Arch Amenities Group's Drug and Alcohol-Free Workplace Policy.
6. Fighting, threatening or disrupting the work of others or other violations of Arch Amenities Group's Workplace Violence Policy.
7. Failure to follow lawful instructions of a supervisor.
8. Failure to perform assigned job duties.
9. Violation of the Punctuality and Attendance Policy, including but not limited to irregular attendance, habitual lateness or unexcused absences.
10. Gambling on Company property.
11. Willful or careless destruction or damage to Company assets or to the equipment or possessions of another team member.
12. Wasting work materials.
13. Performing work of a personal nature during working time.
14. Violation of the Solicitation and Distribution Policy.
15. Violation of Arch Amenities Group's Harassment or Equal Employment Opportunity Policies.
16. Violation of the Communication and Computer Systems Policy.
17. Unsatisfactory job performance.
18. Any other violation of Arch Amenities Group policy.

Obviously, not every type of misconduct can be listed. Note that all team members are employed at-will, and Arch Amenities Group reserves the right to impose whatever discipline it chooses, or none at all, in a particular instance. The Company will deal with each situation individually and nothing in this handbook should be construed as a promise of specific treatment in a given situation. However, Arch Amenities Group will endeavor to utilize progressive discipline but reserves the right in its sole discretion to terminate the team member at any time for any reason.

The observance of these rules will help to ensure that our workplace remains a safe and desirable place to work.

Team Member Handbook

## 5-2. Punctuality and Attendance

Team members are responsible for good attendance and punctuality. Absenteeism and tardiness are expensive and disruptive and place an unfair burden on other team members. It is therefore necessary to be at work on time every day and to stay until the scheduled departure time. "Clocking in" cannot occur more than 10 minutes prior to the scheduled start time unless approved by the manager. Team members are expected to make the necessary arrangements for their transportation and other personal situations which allow them to arrive on time. Excessive tardiness and absenteeism can lead to disciplinary action, which may include termination of employment.

From time to time, it may be necessary for a team member to be late or absent from work. We are aware that illnesses or emergencies may arise which cause an unplanned absence or tardiness. It is the responsibility of the team member to contact their manager by phone (no texting) as early as possible, at least two hours in advance of the shift start, if they will be absent or late. Providing notice of absence after the start of a scheduled shift will be considered a "no show" violation.

If a situation arises which makes it impossible for the team member to report to work, the team member should attempt to get a substitute for the shift and contact their manager. If the team member is unable to reach the manager, they should call the facility's reception desk and leave a message. This message should include:

. Name and department
. Scheduled work shift
. Reason for absence
. Expected date/time to return to work
. A contact phone number

Except in cases of emergency, reporting of an absence by friends, relatives or co-workers is not appropriate and will not accepted. A doctor's certificate may be required for an absence of three (3) days or more due to illness.

Absence from work for two (2) consecutive scheduled workdays without notifying the Manager will be considered a voluntary resignation, and the processing of the team member's termination may occur summarily at such time.

Team members must promptly vacate the facility upon the end of their shift. Team members may not loiter at the facility before or after their shift and may not patronize the facility during off-hours without first getting approval from their manager.

Any available PTO must be used before unpaid time is considered.

Team Member Handbook

## 5-3. Use of Communications and Computer Systems

Arch Amenities Group's communication and computer systems are intended primarily for business purposes; however limited personal usage is permitted if it does not hinder performance of job duties or violate any other Company policy. This includes the voice mail, e-mail and Internet systems. Users have no legitimate expectation of privacy in regard to their use of the Arch Amenities Group systems.

Arch Amenities Group may access the voice mail and e-mail systems and obtain the communications within the systems, including past voice mail and e-mail messages, without notice to users of the system, in the ordinary course of business when the Company deems it appropriate to do so. The reasons for which the Company may obtain such access include, but are not limited to: maintaining the system; preventing or investigating allegations of system abuse or misuse; assuring compliance with software copyright laws; complying with legal and regulatory requests for information; and ensuring that Company operations continue appropriately during the team member's absence.

Further, Arch Amenities Group may review Internet usage to ensure that such use with Company property, or communications sent via the Internet with Company property, are appropriate. The reasons for which the Company may review team members' use of the Internet with Company property include, but are not limited to: maintaining the system; preventing or investigating allegations of system abuse or misuse; assuring compliance with software copyright laws; complying with legal and regulatory requests for information; and ensuring that Company operations continue appropriately during the team member's absence.

The Company may store electronic communications for a period of time after the communication is created. From time to time, copies of communications may be deleted.

The Company's policies prohibiting harassment, in their entirety, apply to the use of Company's communication and computer systems. No one may use any communication or computer system in a manner that may be construed by others as harassing or offensive based on race, national origin, sex, sexual orientation, age, disability, religious beliefs or any other characteristic protected by federal, state or local law.

Further, since the Company's communication and computer systems are intended for business use, all team members, upon request, must inform management of any private access codes or passwords.

Unauthorized duplication of copyrighted computer software violates the law and is strictly prohibited.

No team member may access, or attempt to obtain access to, another team member's computer systems without appropriate authorization.

Violators of this policy may be subject to disciplinary action, up to and including discharge.

Team Member Handbook

## 5-4. Use of Social Media

Arch Amenities Group respects the right of any team member to maintain a blog or web page or to participate in a social networking, Twitter or similar site, including but not limited to Facebook and LinkedIn. However, to protect Company interests and ensure team members focus on their job duties, team members must adhere to the following rules:

Team members may not post on a blog or web page or participate on a social networking platform, such as Twitter or similar site, during work time or at any time with Company equipment or property.

All rules regarding confidential and proprietary business information apply in full to blogs, web pages and social networking platforms, such as Twitter, Facebook, LinkedIn or similar sites. Any information that cannot be disclosed through a conversation, a note or an e-mail also cannot be disclosed in a blog, web page or social networking site.

Whether the team members are posting something on their own blog, web page, social networking, Twitter or similar site or on someone else's, the team member should not mention the Company along with a political opinion or an opinion regarding the Company's actions (or clients) that could pose an actual or potential conflict of interest with the Company. At all times, the poster should specifically state that any opinion expressed is his/her personal opinion and not the Company's position. This is necessary to preserve the Company's good will in the marketplace.

Any conduct that is impermissible under the law if expressed in any other form or forum is impermissible if expressed through a blog, web page, social networking, Twitter or similar site. For example, posted material that is discriminatory, obscene, defamatory, libelous or violent is forbidden. Company policies apply equally to team member social media usage.

Arch Amenities Group encourages all team members to keep in mind the speed and manner in which information posted on a blog, web page, and/or social networking site is received and often misunderstood by readers. Team members must use their best judgment. Team members with any questions should review the guidelines above and/or consult with their manager. Failure to follow these guidelines may result in discipline, up to and including discharge.

## 5-5. Personal and Company-Provided Portable Communication Devices

Arch Amenities Group-provided portable communication devices (PCDs), including cell phones and tablets, should be used primarily for business purposes. Team members have no reasonable expectation of privacy in regard to the use of such devices, and all use is subject to monitoring, to the maximum extent permitted by applicable law. This includes, as permitted, the right to monitor personal communications as necessary.

Some team members may be authorized to use their own PCD for business purposes. These team members should work with the IT department to configure their PCD for business use. Communications sent via a personal PCD also may subject to monitoring if sent through the Company's networks and the PCD may need to be provided for review upon request.

All conversations, text messages and e-mails must be professional. When sending a text message or using a PCD for business purposes, whether it is a Company-provided or personal device, team

Team Member Handbook

members must comply with applicable Company guidelines, including policies on sexual harassment, discrimination, conduct, confidentiality, equipment use and operation of vehicles. Using a Company-issued PCD to send or receive personal text messages is prohibited at all times and personal use during working hours should be limited to emergency situations.

If team members who use a personal PCD for business resign or are discharged, it may be necessary to submit the device to the IT department for resetting on or before their last day of work. At that time, the IT department will reset and remove Company information from the device. The IT department will make efforts to provide team members with the personal data in another form (e.g., on a disk) to the extent practicable; however, the team member may lose some or all personal data saved on the device.

Please note that whether team members use their personal PCD or a Company-issued device, the Company's electronic communications policies, including but not limited to, proper use of communications and computer systems, remain in effect.

**Portable Communication Device Use While Driving**

Team members who drive on Company business must abide by all state or local laws prohibiting or limiting PCD (cell phone or personal digital assistant) use while driving. Further, even if usage is permitted, team members should refrain from using any PCD while driving. "Use" includes, but is not limited to, talking or listening to another person or sending an electronic or text message via the PCD.

Regardless of the circumstances, including slow or stopped traffic, if any use is permitted while driving, team members should proceed to a safe location off the road and safely stop the vehicle before placing or accepting a call. If acceptance of a call is absolutely necessary while driving, and permitted by law, team members must use a hands-free option and advise the caller that they are unable to speak at that time and will return the call shortly.

Under no circumstances should team members place themselves at risk to fulfill business needs.

Since this policy discourages and does not require any team member to use a cell phone while driving, team members who are charged with traffic violations resulting from the use of their PCDs while driving will be solely responsible for all liabilities that result from such actions.

Texting and e-mailing while driving is prohibited in all circumstances.

## 5-6. Inspections

Arch Amenities Group reserves the right to require team members while on Company property, or on client property, to submit to the reasonable inspection of their persons, personal possessions and property, personal vehicles parked on Company or client property, and work areas. This includes lockers, vehicles, desks, cabinets, work stations, packages, handbags, briefcases and other personal possessions or places of concealment, as well as personal mail sent to the Company or to its clients. Team members are expected to cooperate in the conduct of any search or inspection.

Team Member Handbook

## 5-7. Smoking

No smoking, vaping, or tobacco use of any kind is permitted inside any Company facility. Smoking activities may take place only in designated areas outside of the facility or as required by state or local laws.

## 5-8. Personal Visits and Telephone Calls

Disruptions during work time can lead to errors and delays. Therefore, personal telephone calls must be kept to a minimum, and only be made or received after working time, or during lunch or break time.

For safety and security reasons, team members are prohibited from having personal guests visit or accompanying them anywhere in Arch Amenities Group facilities other than the reception areas.

## 5-9. Solicitation and Distribution

To avoid distractions, solicitation by the team member of another team member is prohibited while either team member is on work time. "Work time" is defined as the time the team member is engaged, or should be engaged, in performing their work tasks for Arch Amenities Group. Solicitation of any kind by non-team members on Company premises is prohibited at all times.

Distribution of advertising material, handbills, printed or written literature of any kind in working areas of the Company is prohibited at all times. Distribution of literature by non-team members on Company premises is prohibited at all times.

## 5-10. Bulletin Boards

Important notices and items of general interest are continually posted on Arch Amenities Group bulletin boards. Team members should make it a practice to review bulletin boards frequently. This will assist team members in keeping up with what is current at Arch Amenities Group. To avoid confusion, team members should not post or remove any material from the bulletin board.

## 5-11. Confidential Company Information

During the course of work, team members may become aware of confidential information about Arch Amenities Group's business, including but not limited to information regarding Company finances, pricing, products and new product development, software and computer programs, marketing strategies, suppliers and customers and potential customers. Team members also may become aware of similar confidential information belonging to the Company's clients. It is extremely important that all such information remain confidential, and particularly not be disclosed to Arch Amenities Group's competitors. Any team member who improperly copies, removes (whether physically or electronically), uses or discloses confidential information to anyone outside of the Company may be subject to disciplinary action up to and including termination. Team members may be required to sign

11/02/2022                                                                                          50

Team Member Handbook

an agreement reiterating these obligations.

## 5-12. Conflict of Interest and Business Ethics

It is Arch Amenities Group's policy that all team members avoid any conflict between their personal interests and those of the Company. The purpose of this policy is to ensure that the Company's honesty and integrity, and therefore its reputation, are not compromised. The fundamental principle guiding this policy is that no team member should have, or appear to have, personal interests or relationships that actually or potentially conflict with the best interests of the Company.

It is not possible to give an exhaustive list of situations that might involve violations of this policy. However, the situations that would constitute a conflict in most cases include but are not limited to:

1. holding an interest in or accepting free or discounted goods from any organization that does, or is seeking to do, business with the Company, by any team member who is in a position to directly or indirectly influence either the Company's decision to do business, or the terms upon which business would be done with such organization;
2. holding any interest in an organization that competes with the Company;
3. being employed by (including as a consultant) or serving on the board of any organization which does, or is seeking to do, business with the Company or which competes with the Company; and/or
4. profiting personally, e.g., through commissions, loans, expense reimbursements or other payments, from any organization seeking to do business with the Company.

A conflict of interest would also exist when a member of the team member's immediate family is involved in situations such as those above.

This policy is not intended to prohibit the acceptance of modest courtesies, openly given and accepted as part of the usual business amenities, for example, occasional business-related meals or promotional items of nominal or minor value.

It is the team member's responsibility to report any actual or potential conflict that may exist between the team member (and the team member's immediate family) and the Company.

## 5-13. Use of Facilities, Equipment and Property, Including Intellectual Property

Equipment essential in accomplishing job duties is often expensive and may be difficult to replace. When using property, team members are expected to exercise care, perform required maintenance, and follow all operating instructions, safety standards and guidelines.

Team members should notify their supervisor if any equipment, machines, or tools appear to be damaged, defective or in need of repair. Prompt reporting of loss, damages, defects and the need for repairs could prevent deterioration of equipment and possible injury to team members or others. Supervisors can answer any questions about the team members' responsibility for maintenance and care of equipment used on the job.

Team members also are prohibited from any unauthorized use of the Company's intellectual

Team Member Handbook

property, such as audio and video tapes, print materials and software.

Improper, careless, negligent, destructive, or unsafe use or operation of equipment can result in discipline, up to and including discharge.

Further, the Company is not responsible for any damage to team members' personal belongings unless the team member's supervisor expressly requested for the team member to bring the personal property to work for work purposes.

## 5-14. Health and Safety

The health and safety of team members and others on Company property are of critical concern to Arch Amenities Group. The Company intends to comply with all health and safety laws applicable to our business. To this end, we must rely upon team members to ensure that work areas are kept safe and free of hazardous conditions. Team members are required to be conscientious about workplace safety, including proper operating methods, and recognize dangerous conditions or hazards. Any unsafe conditions or potential hazards should be reported to management immediately, even if the problem appears to be corrected. Any suspicion of a concealed danger present on the Company's premises, or in a product, facility, piece of equipment, process or business practice for which the Company is responsible should be brought to the attention of management immediately.

Periodically, the Company may issue rules and guidelines governing workplace safety and health. The Company may also issue rules and guidelines regarding the handling and disposal of hazardous substances and waste. All team members should familiarize themselves with these rules and guidelines, as strict compliance will be expected.

Any workplace injury, accident, or illness must be reported to the team member's supervisor as soon as possible, regardless of the severity of the injury or accident.

## 5-15. Hiring Relatives/Employee Relationships

A familial relationship among team members can create an actual, potential or apparent conflict of interest in the employment setting, especially where one relative supervises another relative. To avoid this problem, Arch Amenities Group may refuse to hire or place a relative in a position where the potential for favoritism or conflict exists.

In other cases, such as personal relationships where a conflict or the potential for conflict arises, even if there is no supervisory relationship involved, the parties may be separated by reassignment or discharged from employment, at the discretion of the Company. Accordingly, all parties to any type of intimate personal relationship must inform management.

If two team members marry, become related, or enter into an intimate relationship, they may not remain in a reporting relationship or in positions where one individual may affect the compensation or other terms or conditions of employment of the other individual. The Company generally will attempt to identify other available positions, but if no alternate position is available, the Company retains the right to decide which team member will remain with the Company.

For the purposes of this policy, a relative is any person who is related by blood or marriage, or whose relationship with the team member is similar to that of persons who are related by blood or

Team Member Handbook

marriage.

## 5-16. Employee Dress and Personal Appearance

Dress, grooming, and personal cleanliness standards contribute to the morale of all team members and affect the business image that we present to guests and clients. Team members are expected to present a clean and professional appearance while conducting business, in or outside of the workplace. Dressing in a fashion that is clearly unprofessional, that is deemed unsafe, or that negatively affects our reputation or image is not acceptable.   Specific dress codes may be established for each facility which may include, but not be limited to a uniform shirt and name tag.

A team member's  manager or department head is responsible for establishing a reasonable dress code appropriate to the team member's  position.  If the manager determines the team member's personal appearance to be inappropriate, the team member may be asked to leave the workplace until they are properly dressed or groomed. Under such circumstance, the team member will not be compensated for the time away from work, to the extent permitted by applicable law. Team members should consult with their manager if they have any questions as to what constitutes appropriate appearance. Where necessary, reasonable accommodations may be made for team members with a disability or a religious requirement.

In corporate office settings, or while attending internal company video meetings, attire is professional business casual.  Clothing items which are not considered professional, and therefore prohibited, include ripped denim, shorts, logo T-shirts, sneakers, sweats, halter tops, or other non-professional items.  Client meetings may call for more formal attire, such as a suit.

## 5-17. Publicity/Statements to the Media

All media inquiries regarding the position of the Company as to any issues must be referred to Chief Marketing Officer. Only Chief Marketing Officer is authorized to make or approve public statements on behalf of the Company. No team members, unless specifically designated by Chief Marketing Officer, are authorized to make those statements on behalf of Company. Any team member wishing to write and/or publish an article, paper, or other publication on behalf of the Company must first obtain approval from Chief Marketing Officer.

## 5-18. Operation of Vehicles

All team members authorized to drive Company-owned or leased vehicles or personal vehicles in conducting Company business must possess a current, valid driver's license and an acceptable driving record. Any change in license status or driving record must be reported to management immediately.

Team members must have a valid driver's license in their possession while operating a vehicle off or on Company property. It is the responsibility of every team member to drive safely and obey all traffic, vehicle safety, and parking laws or regulations. Drivers must demonstrate safe driving habits at all times.

Team Member Handbook

Company-owned or leased vehicles may be used only as authorized by management.

**Portable Communication Device Use While Driving**

Team members who drive on Company business must abide by all state or local laws prohibiting or limiting portable communication device (PCD) use, including cell phones or personal digital assistants, while driving. Further, even if use is permitted, team members should refrain from using any PCD while driving. "Use" includes, but is not limited to, talking or listening to another person or sending an electronic or text message via the PCD.

Regardless of the circumstances, including slow or stopped traffic, if any use is permitted while driving, team members should proceed to a safe location off the road and safely stop the vehicle before placing or accepting a call. If acceptance of a call is absolutely necessary while the team members are driving, and permitted by law, they must use a hands-free option and advise the caller that they are unable to speak at that time and will return the call shortly.

Under no circumstances should team members place themselves at risk to fulfill business needs.

Since this policy discourages and does not require any team member to use a PCD while driving, team members who are charged with traffic violations resulting from the use of their PCDs while driving will be solely responsible for all liabilities that result from such actions.

Texting and e-mailing while driving is prohibited in all circumstances.

## 5-19. Business Expense Reimbursement

Team members will be reimbursed for reasonable approved expenses incurred in the course of business. These expenses must be approved by the team member's Supervisor, and may include air travel, hotels, motels, meals, cab fare, rental vehicles, or gas and car mileage for personal vehicles. All expenses should be purchased via a company-issued American Express card (versus personal credit card) and expenses incurred submitted via the Concur travel and expense system, along with the receipts, in a timely manner.

Team members are expected to exercise restraint and good judgment when incurring expenses. Team members should contact their Supervisor in advance if they have any questions about whether an expense will be reimbursed.

The Company will not reimburse team members for any expenses that are not required or that primarily benefit team members, rather than the Company. This includes, but is not limited to, expenses team members incur by purchasing smartphones or other electronic devices that the team members own, voice or data plans on such devices, Internet service at team members' residence, other home-office equipment or furniture, and like expenses. Even if items or services such as these are used for business purposes at times, team members are generally not required to purchase them in order to perform their job duties, and they are primarily for the team member's benefit rather than for the Company's. Accordingly, expenses for items or services of this nature will not be reimbursed by the Company.

Team Member Handbook

## 5-20. Lost and Found

Team members should never take responsibility for a lost and found item. Team members are never to assume responsibility for the personal belongings of a customer. Items found on property are to be submitted to the property's lost and found where they will be logged and stored. All valuable items will be marked with the date found and reported to security, if applicable, and stored in a secure location.

## 5-21. Certifications or Licensure

The standards of our industry dictate that certifications or licensure are necessary for specific positions in order to perform at a professional level. Team members must submit applicable documents prior to employment. It is the responsibility of the team member to keep all relevant certifications or licensure current. Audits will be performed of required documents for all team members. Failure to obtain or maintain required certifications or licensure necessary to perform the role may result in disciplinary action including and up to termination. Required certifications or licensure for specified positions may include, but are not limited to:

- First Aid and CPR
- AED
- Lifeguarding
- Water Safety Instructor (WSI)
- Certified Pool Operator (CPO)
- Nationally Recognized Personal Training Certification
- Nationally Recognized Group Fitness Certification

- USPTA Tennis Instructor Certification
- Massage Therapist State Certification/License
- Esthetician State Certification/License
- Nail Technician State Certification/License
- Cosmetology/Barbering State Certification/Licensing

## 5-22. Asset Protection & Theft

The Company has an obligation to its clients to minimize inventory or asset shortage. Accordingly, we will pursue legal action against and/or report to law enforcement any individual apprehended for stealing merchandise, cash or other property from a facility and will take disciplinary action up to and including termination.

If an team member observes a non-employee attempting to steal from their facility, they must immediately notify their supervisor. Team members should never personally intervene. This means team members must not directly accuse anyone of theft and must not attempt to stop the theft or apprehend the alleged thief.

Team members who observe a co-worker attempting to steal from the facility have an obligation to immediately report the observation to their supervisor. This reporting obligation extends to suspicious circumstances which may indicate dishonesty of a co-worker, as well as rumors and "water cooler

Team Member Handbook

talk" indicating such dishonesty. Types of dishonest behavior which team members must report include but are not limited to theft of Company or client property, theft of cash, improper credit card transactions, and fraudulent time reporting.

## 5-23. If You Must Leave Us

Should the team member decide to leave the Company, we ask that they provide a Supervisor with at least two (2) weeks advance notice of departure. Thoughtfulness will be appreciated. All Company property including, but not limited to, keys, security cards, parking passes, laptop computers, fax machines, uniforms, etc., must be returned at separation. Team members also must return all of the Company's Confidential Information upon separation. To the extent permitted by law, team members will be required to repay the Company (through payroll deduction, if lawful) for any lost or damaged Company property. As noted previously, all team members are employed at-will and nothing in this handbook changes that status.

## 5-24. Exit Interviews

Team members who resign are requested to participate in an exit interview via the Online survey, if possible.

## 5-25. References

Arch Amenities Group will respond to reference requests through MyLifeAdvisor@adp.com Department. The Company will provide general information concerning the team member such as date of hire, date of discharge, and positions held. Requests for reference information must be in writing, and responses will be in writing. Please refer all requests for references to MyLifeAdvisor@adp.com Department.

**Only MyLifeAdvisor@adp.com Department may provide references.**

## 5-26. A Few Closing Words

This handbook is intended to give team members a broad summary of things they should know about Arch Amenities Group. The information in this handbook is general in nature and, should questions arise, any member of management should be consulted for complete details. While we intend to continue the policies, rules and benefits described in this handbook, Arch Amenities Group, in its sole discretion, may always amend, add to, delete from or modify the provisions of this handbook and/or change its interpretation of any provision set forth in this handbook. Team members should not hesitate to speak to management if they have any questions about the Company or its personnel policies and practices.

Team Member Handbook

## Section 16 - New York Addendum

### 16-1. New York City Supplemental Gender Discrimination

In accordance with New York City law, Arch Amenities Group prohibits unlawful discrimination in employment on the basis of gender. For purposes of this policy, gender is an individual's actual or perceived sex, gender identity and gender expression, including a person's actual or perceived gender-related self-image, appearance, behavior, expression or other gender-related characteristic regardless of the sex assigned to that person at birth.

The Company is dedicated to ensuring the fulfillment of this policy as it applies to all terms and conditions of employment, including recruitment, hiring, placement, promotion, transfer, training, compensation, benefits, accommodation requests, access to programs and facilities, team member activities and general treatment during employment.

In furtherance of this policy:

- The Company gives team members the option of indicating their preferred gender pronoun. The Company's systems allow team members to self-identify their names and genders and do not limit such identifications to male and female only.
- All team members and other individuals have access to single-sex facilities consistent with their gender identity or expression. To the extent possible, the Company provides single-occupancy restrooms and provides multi-user facilities for individuals with privacy concerns, but will not require use of a single-occupancy bathroom because an individual is transgender or gender non-conforming.
- The Company's dress code and grooming standards are gender neutral, and therefore do not differentiate or impose restrictions or requirements based on gender or sex.
- The Company evaluates all requests for accommodations (including requests for medical leaves) in a fair and non-discriminatory manner.
- Team members who engage with the public as part of their job duties are required to do so in a respectful, non-discriminatory manner by respecting gender diversity and ensuring that members of the public are not subject to discrimination (including discrimination with respect to single-sex programs and facilities).

Team members with issues or concerns regarding gender discrimination or who feel they have been subjected to such discrimination can contact the Manager and/or Human Resources. The Company prohibits and does not tolerate retaliation against team members who report issues or concerns of gender discrimination pursuant to this policy in good faith.

Team Member Handbook

## 16-2. Non-Harassment Legal Protections and External Remedies

Aside from the internal complaint process at the Company, individuals may choose to pursue external legal remedies with the following governmental entities.

### State Human Rights Law (HRL)

The Human Rights Law (HRL), codified as N.Y. Executive Law, art. 15, § 290 et seq., applies to all employers in New York State with regard to sexual harassment, and protects team members, paid or unpaid interns and non-team members, regardless of immigration status. A complaint alleging violation of the HRL may be filed either with the Division of Human Rights (DHR) or in New York State Supreme Court.

Complaints with DHR may be filed any time within three (3) years of the sexual harassment or within one (1) year of any other harassment. If an individual did not file at DHR, they can sue directly in state court under the HRL, within three (3) years of the alleged harassment. An individual may not file with DHR if they have already filed a HRL complaint in state court.

Complaining internally to the Company does not extend the time to file with DHR or in court.

An attorney is not needed to file a complaint with DHR, and there is no cost to file with DHR.

DHR will investigate complaints and determine whether there is probable cause to believe that sexual harassment has occurred. Probable cause cases are forwarded to a public hearing before an administrative law judge. If sexual harassment is found after a hearing, DHR has the power to award relief, which varies but may include requiring the employer to take action to stop the harassment, or redress the damage caused, including paying of monetary damages, attorney's fees and civil fines.

DHR's main office contact information is: NYS Division of Human Rights, One Fordham Plaza, Fourth Floor, Bronx, New York 10458; (718) 741-8400; www.dhr.ny.gov.

Contact DHR at (888) 392-3644 or visit dhr.ny.gov/complaint for more information about filing a complaint. The website has a complaint form that can be downloaded, filled out, notarized and mailed to DHR. The website also contains contact information for DHR's regional offices across New York State.

### Civil Rights Act of 1964

The United States Equal Employment Opportunity Commission (EEOC) enforces federal anti-discrimination laws, including Title VII of the 1964 federal Civil Rights Act (codified as 42 U.S.C. § 2000e et seq.). An individual can file a complaint with the EEOC anytime within 300 days from the harassment. There is no cost to file a complaint with the EEOC. The EEOC will investigate the complaint and determine whether there is reasonable cause to believe that discrimination has occurred, at which point the EEOC will issue a Right to Sue letter permitting the individual to file a complaint in federal court.

The EEOC does not hold hearings or award relief but may take other action including pursuing cases in federal court on behalf of complaining parties. Federal courts may award remedies if discrimination is found to have occurred. In general, private employers must have at least 15 team members to come within the jurisdiction of the EEOC.

Team Member Handbook

An individual alleging discrimination at work can file a "Charge of Discrimination." The EEOC has district, area and field offices where complaints can be filed. Contact the EEOC by calling 1-800-669-4000 (TTY: 1-800-669-6820), visiting their website at www.eeoc.gov or via email at info@eeoc.gov.

If an individual filed an administrative complaint with DHR, DHR will file the complaint with the EEOC to preserve the right to proceed in federal court.

## Local Protections

Many localities enforce laws protecting individuals from harassment and discrimination. An individual should contact the county, city or town in which they live to find out if such a law exists. For example, those who work in New York City may file complaints of sexual harassment with the New York City Commission on Human Rights. Contact their main office at Law Enforcement Bureau of the NYC Commission on Human Rights, 40 Rector Street, 10th Floor, New York, New York; call 311 or (212) 306-7450; or visit www.nyc.gov/html/cchr/html/home/home.shtml.

## Contact the Local Police Department

If the harassment involves unwanted physical touching, coerced physical confinement or coerced sex acts, the conduct may constitute a crime. Contact the local police department.

Remember, Arch Amenities Group cannot remedy claimed harassment (including sexual harassment) or retaliation unless individuals bring these claims to the attention of management. Please report any conduct that violates this policy.

## 16-3. Reproductive Health Decision Making Discrimination

Arch Amenities Group may not:

- discriminate or take any retaliatory personnel action against team members with respect to compensation, terms, conditions or privileges of employment because of, or on the basis of, the team member's or dependent's reproductive health decision making, including but not limited to a decision to use or access a particular drug, device or medical service; or
- require team members to sign a waiver or other document that purports to deny team members the right to make their own reproductive health care decisions, including use of a particular drug, device or medical service.

The Company also may not access the team member's personal information regarding the team member's or the dependent's reproductive health decision making, including but not limited to the decision to use or access a particular drug, device or medical service without the team member's prior informed affirmative written consent.

Team members may bring a civil action in any court of competent jurisdiction against the Company for any alleged violations of this policy. In any civil action alleging a violation of this policy, the court may: award damages, including, but not limited to, back pay, benefits and reasonable attorneys' fees and costs incurred to a prevailing plaintiff; afford injunctive relief against the Company if it commits or proposes to commit a violation of the provisions of this policy; order reinstatement; and/or

Team Member Handbook

award liquidated damages equal to 100 percent of the award for damages unless the Company proves a good faith basis to believe that its actions in violation of this policy were in compliance with the law.

Any act of retaliation for team members exercising any rights granted under this policy shall subject the Company to separate civil penalties. For the purposes of this policy, retaliation or retaliatory personnel action means discharging, suspending, demoting or otherwise penalizing team members for: making or threatening to make a complaint to the Company, co-worker or to a public body, that rights guaranteed under this policy have been violated; causing to be instituted any proceeding under or related to this policy; or providing information to or testifying before any public body conducting an investigation, hearing or inquiry into any such violation of a law, rule or regulation by the Company.

Team members with issues or concerns regarding this policy or who feel they have been subjected to any alleged violation of this policy should contact Benefits Manager.

## 16-4. New York City Temporary Schedule Change

Team members who work 80 or more hours in New York City in a calendar year and have been employed by Arch Amenities Group for 120 or more days are eligible for two (2) temporary changes to their work schedules each calendar year for certain "personal events."

**Personal Events**

A "personal event" includes the following:

- the need to care for a child under the age of 18 for whom the team member provides direct and ongoing care;
- the need to care for an individual ("care recipient") with a disability who is a family member or who resides in the caregiver's household for whom the team member provides direct and ongoing care to meet the needs of daily living;
- the need to attend a legal proceeding or hearing for public benefits to which the team member, a family member or the team member's minor child or care recipient is a party; or
- any other reason for which the team member may use leave under New York City's Paid Safe and Sick Leave law.

For purposes of this policy a "family member" includes: a child (biological, adopted, or foster child, legal ward, child of the team member standing in loco parentis); a grandchild; a spouse (current or former regardless of whether they reside together); a domestic partner (current or former regardless of whether they reside together); a parent; a grandparent; a child or parent of the team member's spouse or domestic partner; a sibling (including a half-, adopted or step-sibling); any other individual related by blood to the team member; and any individual whose close association with the team member is the equivalent of family.

**Temporary Schedule Change**

A temporary schedule change may last up to one (1) business day on two (2) separate occasions or up to two (2) business days on one (1) occasion each calendar year. A business day is any 24-hour period during which the team member is required to work any amount of time.

Team Member Handbook

A temporary change means an adjustment to the team member's usual schedule including in the hours, times or locations the team member is expected to work. The change can include:

- using short-term unpaid leave;
- using paid time off;
- working remotely; or
- swapping or shifting working hours with a co-worker.

The Company has the option of granting unpaid leave in lieu of the temporary change requested by the team member.

**Request for Schedule Change**

Request for a temporary schedule change must be made orally or in writing to the Company or to the team member's direct supervisor as soon as practicable after the team member becomes aware of the need for the change. The request should include:

- the date of the temporary schedule change;
- that the change is due to a personal event; and
- proposed type of temporary schedule change (unless the team member would like to use leave without pay).

The Company will respond immediately to such requests. Assuming the team member has not exceeded the number of allowable requests and the request is for a qualifying reason, the Company will either approve the proposed type of temporary schedule change or provide leave without pay. The Company also may offer team members the ability to use paid time off. Team members will not be required to use leave under New York City's  Paid Safe and Sick Leave law for a temporary schedule change.

If the team member requested the schedule change in person or by phone, the team member must submit a written request no later than the second business day after the team member returns to work. The team member should include in the written request the date of the temporary schedule change and that the change was due to a personal event.

The Company will provide a written response to any written request for temporary schedule change within 14 days. The response will include:

- if the request was granted or denied;
- how the request was accommodated (if granted) or the reason for denial (if denied);
- number of requests the team member has made for temporary schedule changes; and
- how many days the team member has left in the year for temporary schedule changes.

Team members have the right to temporary schedule changes and may file a complaint for alleged violations of this policy and applicable law with the New York City Department of Consumer Affairs. The Company prohibits retaliation or the threat of retaliation against the team member for exercising or attempting to exercise any right provided in this policy and applicable law, or interference with any investigation, proceeding or hearing related to or arising out of team members' rights pursuant to this

Team Member Handbook

policy and applicable law.

Team members with questions concerning this policy should contact Benefits Manager.

## 16-5. Sick Leave

### Eligibility

Arch Amenities Group provides paid sick leave to all team members. For team members who work in New York who are eligible for sick time under the general Sick Days policy and/or any other applicable sick time/leave law or ordinance, this policy applies solely to the extent that it provides greater benefits/rights on any specific issue or issues than the general Sick Days policy and/or any other applicable sick time/leave law or ordinance.

### Accrual

Team members begin accruing paid sick leave pursuant to this policy at the start of employment. Team members will accrue one (1) hour of paid sick leave for every 30 hours worked, up to a maximum accrual of 56 hours each calendar year. Exempt team members are assumed to work 40 hours in each workweek unless their normal workweek is less than 40 hours, in which case sick leave accrues based on that normal workweek. For purposes of this policy, the calendar year is the consecutive 12-month period beginning January 1 and ending on December 31.

### Usage

Team members may begin using sick leave once it is accrued. Sick leave may be used in a minimum increment of four (4) hours. Team members may not use more than 56 hours of sick leave in any calendar year.

Team members may use accrued sick leave for the following reasons:

- a mental or physical illness, injury or health condition of the team member or family member, regardless of whether such illness, injury or health condition has been diagnosed or requires medical care at the time sick leave is requested;
- the diagnosis, care or treatment of a mental or physical illness, injury or health condition of, or need for medical diagnosis of, or preventive care for, the team member or family member; or
- an absence from work due to any of the following reasons when the team member or family member has been the victim of domestic violence, a family offense, sexual offense, stalking or human trafficking:

    1. to obtain services from a domestic violence shelter, rape crisis center or other services program;
    2. to participate in safety planning, temporarily or permanently relocate or take other actions to increase the safety of the team member or family members;
    3. to meet with an attorney or other social services provider to obtain information and advice on, and prepare for or participate in, any criminal or civil proceeding;
    4. to file a complaint or domestic incident report with law enforcement;
    5. to meet with a district attorney's office;
    6. to enroll children in a new school; or
    7. to take any other actions necessary to ensure the health or safety of the team member

Team Member Handbook

or family members or to protect associates or work colleagues.

A person who has committed such domestic violence, family offense, sexual offense, stalking or human trafficking will not be eligible for paid sick leave for situations in which the person committed such offense and was not a victim, notwithstanding any family relationship.

For purposes of this policy, "family member" means:

- a child (biological, adopted, or foster child, a legal ward or a child of the team member standing in loco parentis);
- spouse or domestic partner;
- parent (biological, foster, step, adoptive, legal guardian or person who stood in loco parentis when the team member was a minor child);
- sibling;
- grandchild or grandparent; and
- the child or parent of the team member's spouse or domestic partner.

Unless advised otherwise, the Company will assume, subject to applicable law, that team members want to use available sick leave for the reasons set forth above, and team members will be paid for such absences to the extent they have paid sick leave available.

**Notice and Documentation**

Team members may make oral or written requests to Benefits Manager to use sick leave prior to using accrued sick leave.

The Company may require supporting documentation for the use of sick leave where the team member uses sick leave for three (3) or more consecutive or previously scheduled work days or shifts, to the extent permitted by applicable law. Requests for documentation should not specify the reason for leave but should be limited to: (i) an attestation from a licensed medical provider supporting the existence of a need for sick leave, the amount of leave needed and a date that the team member may return to work; or (ii) an attestation from an team member of their eligibility to leave. The Company will not require disclosure of confidential information relating to a mental or physical illness, injury or health condition or information relating to absence from work due to domestic violence, a sexual offense, stalking or human trafficking, as a condition of providing sick leave. The Company will not require an team member to pay any costs or fees associated with obtaining medical or other verification of eligibility for use of sick leave.

**Payment**

Sick leave will be paid at the team member's regular rate of pay or the applicable state minimum wage, whichever is greater. Use of sick leave is not considered hours worked for purposes of calculating overtime.

**Carryover and Payout**

Team members may carry over any unused sick leave to the following calendar year. However, team members only may use up to 56 hours in each calendar year. Accrued but unused sick leave will not be paid at separation.

Team Member Handbook

**Enforcement and Retaliation**

Team members will not be discharged, threatened, penalized or in any other manner discriminated or retaliated against because they have exercised their rights to request and use sick leave under this policy and applicable law.

If team members have any questions regarding this policy, they should contact Benefits Manager.

**16-6. New York City Safe and Sick Leave (Includes The New York Paid Sick Leave Law)**

**Eligibility**

Arch Amenities Group provides paid safe and sick time to team members who work in New York City. For team members who work in New York City who are eligible for sick time under the general Sick Days policy, this policy applies solely to the extent it provides greater benefits/rights on any specific issue or issues than the general Sick Days policy.

**Accrual**

Team members begin accruing paid safe and sick time pursuant to this policy at the start of employment. Eligible team members will accrue one (1) hour of safe and sick time for every 30 hours worked, up to a maximum accrual of 56 hours each calendar year. Exempt team members are assumed to work 40 hours in each workweek unless their normal workweek is less than 40 hours, in which case safe and sick time accrues based upon that normal workweek. For purposes of this policy, the calendar year is the consecutive 12-month period beginning January 1 and ending on December 31.

**Usage**

Team members may begin using paid safe and sick time once it is accrued. Safe and sick time may be used in a minimum increment of four (4) hours, provided this is reasonable under the circumstances. Team members may not use more than 56 hours of safe and sick time in any calendar year.

Team members may use paid safe and sick time for absences due to:

1. the team member's mental or physical illness, injury or health condition or need for medical diagnosis, care or treatment of a mental or physical illness, injury or health condition or need for preventive medical care;
2. the care of the team member's family member who needs medical diagnosis, care or treatment of a mental or physical illness, injury or health condition or who needs preventive medical care;
3. closure of the team member's place of business by order of a public official due to a public health emergency or such team member's need to care for a child whose school or childcare provider has been closed by order of a public official due to a public health emergency; or
4. the team member or a family member being the victim of domestic violence, family offense matters, sexual offenses, stalking or human trafficking:

   • to obtain services from a domestic violence shelter, rape crisis center or other shelter or services program for relief from domestic violence, a family offense matter, sexual

offense, stalking or human trafficking;

- to participate in safety planning, temporarily relocate or take other actions to increase the safety of the team member or family members from future domestic violence, family offense matters, sexual offenses, stalking or human trafficking;
- to meet with a civil attorney or other social service provider to obtain information and advice on, and prepare for or participate in any criminal or civil proceeding, including but not limited to matters related to domestic violence, a family offense matter, sexual offense, stalking, human trafficking, custody, visitation, matrimonial issues, orders of protection, immigration, housing, discrimination in employment, housing or consumer credit;
- to file a complaint or domestic incident report with law enforcement;
- to meet with a district attorney's office;
- to enroll children in a new school; or
- to take other actions necessary to maintain, improve or restore the physical, psychological, or economic health or safety of the team member or family member or to protect those who associate or work with the team member.

For purposes of this policy, family member means a child (biological, adopted or foster child, a legal ward or a child of the team member standing in loco parentis), spouse, domestic partner, parent (biological, foster, step, adoptive, legal guardian or person who stood in loco parentis when the team member was a minor child), sibling (including half siblings, step siblings or siblings related through adoption), grandchild, grandparent, the child or parent of the team member's spouse or domestic partner, any other individual related by blood to the team member, and any other individual whose close association with the team member is the equivalent of a family relationship.

Use of safe and sick time will not be conditioned upon searching for or finding a replacement worker.

Unless advised otherwise, the Company will assume, subject to applicable law, that team members want to use available safe and sick time for absences for reasons set forth above. Team members will be paid for such absences to the extent they have paid safe and sick time available.

Team members will be advised of the amount of time accrued and used during a pay period and the total balance of accrued safe and sick time on the pay statement or other form of written documentation provided each pay period.

### Notice and Documentation

Team members may make requests to their Manager to use paid safe and sick time orally or in writing prior to using accrued safe and sick time.

The Company may require supporting documentation if team members use paid safe and sick time for more than three (3) consecutive workdays, to the maximum extent permitted by applicable law. For paid safe and sick time used for reasons #1 or #2 above, documentation signed by a licensed health care provider indicating the need for the amount of safe and sick time taken and that safe and sick time was used for a covered reason under this policy and/or applicable law will be considered reasonable documentation, and such documentation need not specify the nature of the injury, illness or condition, except as required by law. For paid safe and sick time used for reason #4 above, documentation signed by another team member, agent or volunteer of a victim services organization, an attorney, a member of the clergy or a medical or other professional service provider from whom

Team Member Handbook

the team member or family member has sought assistance in addressing domestic violence, family offense matters, sex offenses, stalking or human trafficking and their effects; a police or court record; or a notarized letter from the team member explaining the need for such time will be considered reasonable documentation, and such documentation need not specify the details of the domestic violence, family offense matter, sexual offense, stalking or human trafficking. Where a health care provider charges team members a fee for providing supporting documentation, the Company will reimburse team members for such fee. The Company also will reimburse team members for all reasonable costs or expenses incurred for obtaining supporting documentation requested for safe and sick time used for reason #4 above.

The Company will not require the disclosure of confidential information relating to a mental or physical illness, injury or health condition or information relating to absence from work due to domestic violence, a sexual offense, stalking or human trafficking as a condition of providing safe and sick time. Moreover, the Company cannot require that team members or a health care or service provider disclose personal health information or the details of the matter for which the team member requests safe leave under the New York City Paid Safe and Sick Leave Law. The Company must keep information about team members or their family members obtained solely because of the Paid Safe and Sick Leave law confidential unless the team member consents to disclosure in writing or disclosure is required by law.

The Company may take disciplinary action, up to and including termination, against team members who use safe and sick time provided under this policy for purposes other than those described above, to the maximum extent permitted by applicable law.

**Payment**

Safe and sick time will be paid at the same rate as the team member earns at the time the team member uses such time, unless otherwise required by applicable law, but no less than the applicable minimum wage. Safe and sick time will be paid no later than the payday for the next regular payroll period beginning after the safe and sick time was used. Use of paid safe and sick time is not considered hours worked for purposes of calculating overtime.

**Carryover and Payout**

Team members may carry over any unused sick and safe leave to the following calendar year. However, team members only may use up to 56 hours in each calendar year. Unused safe and sick time will not be paid at separation.

**Enforcement and Retaliation**

Team members have the right to request and use safe and sick time and may file a complaint for alleged violations of this policy with the New York City Department of Consumer and Workforce Protection or the New York State Department of Labor. The Company prohibits retaliation or the threat of retaliation against team members for exercising or attempting to exercise any right provided in this policy or interference with any investigation, proceeding or hearing related to or arising out of team member rights pursuant to this policy and applicable law.

Team members with questions concerning this policy should contact Benefits Manager.

Team Member Handbook

## 16-7. New York City Lactation Room

Pursuant to New York City law, team members needing to express breast milk have a right to request access to a lactation room. Arch Amenities Group will provide a lactation room, unless doing so would impose an undue hardship on the Company. If doing so poses an undue hardship, the Company will engage in a cooperative dialogue with team members to discuss reasonable alternatives in an attempt to accommodate their needs.

For purposes of this policy, the term lactation room means a sanitary place, other than a restroom, that can be used to express breast milk shielded from view and free from intrusion and that includes at minimum an electrical outlet, a chair, a surface on which to place a breast pump and other personal items, and nearby access to running water. Unless doing so poses an undue hardship, the Company will provide a lactation room in reasonable proximity to the team member's work area and a refrigerator suitable for breast milk storage also in reasonable proximity to the work area. If the room designated to serve as a lactation room is also used for another purpose, the sole function of the room will be as a lactation room while the team member is using the room to express breast milk. While the room is being used to express milk, notice will be provided that the room is given preference for use as a lactation room.

Team members may submit a request for a lactation room by contacting the Benefits Manager and/or Human Resources. The Company will respond to such requests within five (5) business days.

If two (2) or more team members need to use the lactation room at the same time, they should contact the Benefits Manager and/or Human Resources so that arrangements can be made to ensure all individuals have access to the lactation room amenities. Team members should contact the Benefits Manager and/or Human Resources with any follow-up questions.

The Company will provide a reasonable amount of break time each day for team members to express breast milk pursuant to section 206-c of the New York Labor Law. Please refer to the Lactation Breaks policy for more information.

The Company will not tolerate discrimination or harassment based on the request for or usage of lactation accommodations. Any discrimination, harassment, or other violations of this policy can be reported to the Benefits Manager and/or Human Resources.

Team members can contact the Benefits Manager and/or Human Resources with questions regarding this policy.

## 16-8. State Paid Family Leave

### Eligibility Requirements

Team members who have a regular work schedule of 20 or more hours per week and have been employed at least 26 consecutive weeks prior to the date Paid Family Leave (PFL) begins (or who have a regular work schedule of less than 20 hours per week and have worked at least 175 days to the date PFL begins) are eligible for PFL. An team member has the option to file a waiver of PFL and therefore not be subject to deductions when his or her regular employment is:

Team Member Handbook

- 20 or more hours per week but the team member will not work 26 consecutive weeks; or
- fewer than 20 hours per week and the team member will not work 175 days in a 52 consecutive week period

## Entitlement

PFL is available to eligible team members for up to eight (8) weeks *(increases to 10 weeks on or after January 1, 2019 and up to 12 weeks on or after January 1, 2021)* within any 52 consecutive week period. PFL is available for any of the following reasons:

- to participate in providing care, including physical or psychological care, for the employee's family member (child, spouse, domestic partner, parent, parent-in-law, grandchild or grandparent) with a serious health condition; or
- to bond with the employee's child during the first 12 months after the child's birth, adoption or foster care placement; or
- for qualifying exigencies, as interpreted by the Family and Medical Leave Act (FMLA), arising out of the fact that the employee's spouse, domestic partner, child or parent is on active duty (or has been notified of an impending call or order to active duty) in the armed forces of the United States.

The 52 consecutive week period is determined retroactively with respect to each day for which PFL benefits are currently being claimed.

**PFL benefits are financed solely through team member contributions via payroll deductions.**

The weekly monetary benefit will be 50% of the employee's average weekly wage or 50% of the state average weekly wage, whichever is less *(increases to 55% on or after January 1, 2019, 60% on or after January 1, 2020 and 67% or after January 1, 2021).*

The Company and an team member may agree to allow the team member to supplement PFL benefits up to their full salary with paid time off, to the maximum extent permitted by applicable law.

**An team member who is eligible for both statutory short-term disability benefits and PFL during the same period of 52 consecutive calendar weeks may not receive more than 26 total weeks of disability and PFL benefits during that period of time. Statutory short-term disability benefits and PFL benefits may not be used concurrently.**

## Definition of a Serious Health Condition

A serious health condition is an illness, injury, impairment, or physical or mental condition that involves inpatient care in a hospital, hospice or residential health care facility; or continuing treatment or continuing supervision by a health care provider. Subject to certain conditions, the continuing treatment or continuing supervision requirement may be met by a period of incapacity of more than three (3) consecutive full days during which a family member is unable to work, attend school, perform regular daily activities or is otherwise incapacitated due to illness, injury, impairment or physical or mental conditions, and any subsequent treatment or period of incapacity relating to the same condition, that also involves treatment two (2) or more times by a health care provider; or treatment on at least one (1) occasion by a health care provider, which results in a regimen of continuing treatment under the supervision of the health care provider. The continuing treatment or

Team Member Handbook

continuing supervision requirement also may be met by any period during which a family member is unable to work, attend school, perform regular daily activities or is otherwise incapacitated due to a chronic serious health condition or an illness, injury, impairment, or physical or mental condition for which treatment may not be effective. A chronic serious health condition is one which requires periodic visits for treatment by a health care provider; continues over an extended period of time (including recurring episodes of a single underlying condition); and may cause episodic rather than a continuing period of incapacity. Examples of such episodic incapacity include but are not limited to asthma, diabetes and epilepsy. Other conditions may meet the definition of continuing treatment.

## Use of Leave

An team member does not need to use this leave entitlement in one (1) block. Leave can be taken intermittently in increments of at least one (1) full day or on a reduced leave schedule, except that an team member may only take intermittent or reduced leave to care for a family member with a serious health condition where it is shown to be medically necessary. Team members must make reasonable efforts to schedule intermittent or reduced leave so as not to unduly disrupt the Company's operations. Leave taken on an intermittent or reduced leave schedule will not result in a reduction of the total amount of leave to which an team member is entitled beyond the amount of leave actually taken.

## Team member Responsibilities

An team member must provide 30 days' advance notice before the date leave is to begin if the qualifying event is foreseeable. When 30 days' notice is not practicable for reasons such as lack of knowledge of approximately when leave will be required to begin, a change in circumstances, or a medical emergency, the team member must provide notice as soon as practicable and generally must comply with the Company's normal call-in procedures. Failure by the team member to give 30 days' advance notice of a foreseeable event may result in partial denial of the employee's benefits for a period of up to 30 days from the date notice is provided.

Team members must provide sufficient information to make the Company aware of the qualifying event and the anticipated timing and duration of the leave. Team members must specifically identify the type of family leave requested. Team members also must provide medical certifications and periodic recertification or other supporting documentation or certifications supporting the need for leave. An team member requesting PFL must submit the following forms to the Company's insurance carrier: 1) a completed Request for Paid Family Leave or PFL-1 form 2) Bonding Certification: PFL-2 Form plus documentation; 3) Health Care Provider Certification: PFL-4 Form plus Personal Health Information (PHI) Release (PFL-3 Form); or 4) Military Qualifying Event: PFL-5 Form plus documentation. These documents are available from Benefits Manager.

## Job Benefits and Protection

During any PFL taken pursuant to this policy, the Company will maintain coverage under any existing group health insurance benefits plan as if the team member had continued to work. The team member must make arrangements with Benefits prior to taking leave to pay their portion of any applicable health insurance premiums each month.

The Company's obligation to maintain health insurance coverage ceases if an employee's premium payment is more than 30 days late. If an employee's payment is more than 15 days late, the Company will send a letter notifying the team member that coverage will be dropped on a specified

Team Member Handbook

date unless the co-payment is received before that date.

Any team member who exercises his or her right to PFL will, upon the expiration of that leave, be entitled to be restored to the position held by the team member when the leave commenced, or to a comparable position with comparable benefits, pay and other terms and conditions of employment. The taking of leave covered by PFL will not result in the loss of any employment benefit accrued prior to the date on which the leave commenced.

## Leave Concurrent with FMLA

The Company will require an team member who is entitled to leave under both the Family & Medical Leave Act (FMLA) and PFL, to take PFL concurrently with any leave taken pursuant to the FMLA. When the total hours taken for FMLA in less than full-day increments reaches the number of hours in an employee's  usual workday, the Company may deduct one (1) day of PFL from an employee's annual available PFL.

If team members have any questions regarding this policy, they should contact Benefits Manager.