UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAVEN JONES,<br><br>    *Plaintiff*,<br><br>v.<br><br>WTS INTERNATIONAL, LLC,<br><br>    *Defendant*. | No. 1:25-cv-02104-MAU |

### ORDER

Upon consideration of Defendant WTS International's Motion to Dismiss (ECF No. 6), Plaintiff's Response (ECF No. 10), Defendant's Reply (ECF No. 12), and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion to Dismiss (ECF No. 6) is **GRANTED IN PART** and **DENIED IN PART**; and it is

**FURTHER ORDERED** that Plaintiff's claims for slander and breach of contract are **DISMISSED WITHOUT PREJUDICE** and

**FURTHER ORDERED** that Defendant shall serve its Answer to Plaintiff's Complaint no later than November 17, 2025.

**SO ORDERED**.

Date: November 3, 2025

                                                    MOXILA A. UPADHYAYA
                                    UNITED STATES MAGISTRATE JUDGE